IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION,** a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania; **CITIZENS FOR PLANNED COMMUNITY GROWTH,** an unincorporated association organized under the laws of the Commonwealth of Pennsylvania; **PAUL B. AMBROSE; JOHN G. ENDERS; CHARLES F. RAHAUSER; BETSY RAHAUSER; DOUGLAS A. WARNOCK, U.X. VAGNERINI; THOMAS W. BUNDY; STEPHEN P. BUCHER; ROGER J. ROBERTSON; JAMES A. STRITE, JR.; and DAVID A. GUTHRIE,** | CIVIL NO. 1:CV-01-0910<br><br>FILED<br>HARRISBURG, PA<br><br>MAY 29 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |
| Plaintiffs | |
| v. | |
| **KEN WYKLE, Administrator, Federal Highway Administration; and ROBERT GATZ, Federal Highway Administration,** | |
| Defendants | |

### O R D E R

Before the court in the captioned action is a motion <u>in limine</u> for production of the administrative record. The motion is, in fact, a discovery request.

Plaintiffs should first seek discovery from Defendants and then, if it is not forthcoming, request a conference call wtih the court to resolve any discovery dispute. The court will then decide whether the non-performing party should be compelled to produce the requested discovery.

**IT IS THEREFORE ORDERED THAT** the motion in limine is **DENIED**.

SYLVIA H. RAMBO
United States District Judge

Dated: May 29, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 30, 2001

Re:   1:01-cv-00910    Greene/Guilford Envi v. Wykle

True and correct copies of the attached were mailed by the clerk to the following:

Thomas Alan Linzey, Esq.
Community Environmental Legal Defense Fund (CELDF)
2859 Scotland Road
Chambersburg, PA  17201

Martin Carlson
Acting US Atty.
228 Walnut Street
Harrisburg, PA. 17101

John Ashcroft, AG
950 Pennsylvania Ave.
Washington, DC. 20530

```
cc:
Judge                          (X )
Magistrate Judge               ( )         ( ) Pro Se Law Clerk
U.S. Marshal                   ( )         ( ) INS
Probation                      ( )         ( ) Jury Clerk
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                         DA of County  ( )   Respondents  ( )
Bankruptcy Court               ( )
Other_____       ( )
```

MARY E. D'ANDREA, Clerk

DATE: May 29th, 2001

BY: /s/ _____
    Deputy Clerk