IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania; CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania; PAUL B. AMBROSE; JOHN G. ENDERS; CHARLES F. RAHAUSER; BETSY RAHAUSER; DOUGLAS A. WARNOCK, U.X. VAGNERINI; THOMAS W. BUNDY; STEPHEN P. BUCHER; ROGER J. ROBERTSON; JAMES A. STRITE, JR.; and DAVID A. GUTHRIE, | : | CIVIL NO.: 1:CV-01-0910 |
| | : | (J: Sylvia H. Rambo) |
| Plaintiffs | : | |
| v. | : | |
| KEN WYKLE, Administrator, Federal Highway Administration; and ROBERT GATZ, Federal Highway Administration, | : | |
| Defendants. | : | |

FILED
HARRISBURG, PA

JUN 04 2001

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned Assistant United States Attorney on behalf of the United States of America in the above captioned case.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

By: _____
ANNE K. FIORENZA
Assistant United States Attorney
Middle District of Pennsylvania
Federal Building, P.O. Box 11754
228 Walnut Street
Harrisburg, PA 17108-1754

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

On this 4th day of June, 2001, she served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Thomas Alan Linzey, Esquire
Community Environmental Legal Defense Fund
2859 Scotland Road
Chambersburg, PA  17201

*Rebecca A. Plesic*
REBECCA A. PLESIC
Legal Secretary