AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

GREENE/BUILFORD ENVIRONMENTAL ASSOCIATION, ET AL

**SUMMONS IN A CIVIL CASE**

V.

KEN WYKLE, Administrator, Federal Highway Administration, ROBERT GATZ, Federal Highway Administration.

CASE NUMBER:

# 1:CV-01-0910

FILED
HARRISBURG

JUN 0 8 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

TO: (Name and address of defendant)

(SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Linzey, Esq.
Comminity Environmental Legal Defense Fund
2859 Schtlasnd Road
Chambersburg, Pa. 17201
(717) 709-0457

an answer to the complaint which is herewith served upon you, within ___(60) Sixty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| Mary E. D'Andrea, Clerk | May 24, 2001 |
|---|---|
| CLERK | DATE |

_George T. Gardner_
(BY) DEPUTY CLERK   George T. Gardner

GREENE/GUILFORD ENVIRONMENTAL
ASSOCIATION, a non-profit corporation incorporated
under the laws of the Commonwealth of Pennsylvania,
CITIZENS FOR PLANNED COMMUNITY GROWTH,
an unincorporated association organized under the laws of
the Commonwealth of Pennsylvania, PAUL B. AMBROSE,
JOHN G. ENDERS, CHARLES F. RAHAUSER,
BETSY RAHAUSER, DOUGLAS A. WARNOCK, U.X
VAGNERINI, THOMAS W. BUNDY, STEPHEN P.
BUCHER, ROGER J. ROBERTSON, JAMES A.
STRITE, JR., DAVID A. GUTHRIE

Case 1:01-cv-00910-CCC   Document 7   Filed 06/08/2001   Page 3 of 7

**ENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

U.S. Dept of Transportation
Office of General Counsel
400 7th St., S.W.
Washington, D.C. 20590

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number (Copy from service label)
7000 1670 0000 6133 0442

Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

...URT
...SYLVANIA
...CESS
NUMBER 1:CV-01-0910
CESS ORIGINAL
...ed)
20590

---

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.

✓ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.

____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: Office of Legal Counsel, U.S. DOT
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: 400 7th Street, S.W.
                      Washington, D.C. 20590
DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

May 25 '01                    Stacey L. Schmader
   Date                       Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
        OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
        (Clerk's address in which the assigned judge is located. Refer to the
        Notice of Judicial Assignment form.)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RETURN OF SERVICE OF PROCESS

PLAINTIFF Greene/Guilford Assc. et al.    COURT CASE NUMBER 1:CV-01-0910
DEFENDANT Kan Wykle, FHWA et al.    TYPE OF PROCESS Original

SERVE Martin Carlson
(Name individual, company; corporation, etc. to be served)

AT Suite 217, Federal Building, 228 Walnut Street, Harrisburg, PA 17108-1754
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

✓ I have personally served individual, company or corporation above.
___ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.
___ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
___ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: Martin Carlson
TITLE (IF ANY) OF PERSON SERVED: Acting U.S. Attorney
ADDRESS WHERE SERVED: Suite 217, Federal Bldg, 228 Walnut Street
Harrisburg, PA 17108-1754
DATE AND TIME OF PERSONAL SERVICE: May 25 '01  11:30 a.m.
REMARKS: _____

May 25 '01                        _Stacy L. Schmader_
Date                              Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
    OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
    (Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Atty General John Ashcroft
United States Dept. of Justice
150 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) — JUSTICE
B. Date of Delivery
C. Signature — MAY 29 2001
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SUPERVISOR

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label)
7000 1670 0000 6133 0466

S Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

[Partially visible right column:]
URT
SYLVANIA
CESS
NUMBER 1:CV-01-0910
CESS ORIGINAL
U.S. DOJ.
ed)
D.C. 20530-0001

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

_____ I have personally served individual, company or corporation above.

__✓__ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.

_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: JOHN ASHCROFT
TITLE (IF ANY) OF PERSON SERVED: U.S. ATTORNEY GENERAL
ADDRESS WHERE SERVED: 950 Pennsylvania Ave N.W.
Washington, D.C. 20530-0001
DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

May 25 '01                         Stacey L Schrader
Date                               Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Ken Wykle + Robert Gatz
Federal Hwy Administration
228 Walnut St, Room 558
Harrisburg, PA 17101-1720

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): L K FISHER
B. Date of Delivery: 5/29/01
C. Signature: [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Copy from service label): 7000 1670 0000 6133 0473

Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

(Right side, partially cut off:)
...URT
...SYLVANIA
...CESS
...NUMBER 1:CV-01-0910
...CESS COMPLAINT
...ved)
...SBURG, PA 17101-1720

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.

✓ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____. If certified mail was authorized, attach green cards to this form.

____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: KEN WYKLE & ROBERT GATZ
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: 228 Walnut Street, Room 558, Harrisburg, PA 17101-1720
DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

May 25 '01                           [signature] Stacey L. Schmader
Date                                 Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)