cc: Court, KFK, MSS 

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Greene/Guilford Environmental Association, et al.**   CASE NO. 1:01-CV-910

vs.

**Ken Wykle, et al.**   DATE: July 20, 2001 @ 8:45 AM

FILED
HARRISBURG, PA
JUL 20 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Judge Sylvia H. Rambo presiding in Chambers

Proceeding: Case Management Conference

Time Commenced: 8:45    Time Terminated: 9:00

## APPEARANCES

Plaintiff's Counsel:    Defendant's Counsel

Linzey    Fiorenza

REMARKS: Supplement record 10/15/01 (Adm.)
Answer to complaint 8/15/01
Motion & brief for discovery 9/17/01
Dispositive motion 2/15/01