IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Greene/Guilford Environmental Association, et al.

    Plaintiffs

vs.

Ken Wykle, et al.

    Defendants

CIVIL NO. 1:01-CV-910

FILED
HARRISBURG, PA
JUL 2 0 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## ORDER

Pursuant to the case management conference held on July 20, 2001, **IT IS HEREBY ORDERED THAT:**

1) The administrative record shall be filed no later than October 15, 2001.

2) Defendants' answer to the complaint shall be filed on or before August 15, 2001.

3) Plaintiffs' are permitted to file a motion with supporting brief requesting additional discover no later than September 17, 2001.

4) Dispositive motions shall be filed no later than February 15, 2002.

_____
SYLVIA H. RAMBO,
United States District Judge

Dated: July 20, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 20, 2001

Re:  1:01-cv-00910    Greene/Guilford Envi v. Wykle

True and correct copies of the attached were mailed by the clerk to the following:

Thomas Alan Linzey, Esq.
Community Environmental Legal Defense Fund (CELDF)
2859 Scotland Road
Chambersburg, PA  17201

Anne K. Fiorenza, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
228 Walnut Street
Suite 217
Harrisburg, PA  17108

```
cc:
Judge                        (X )              ( ) Pro Se Law Clerk
Magistrate Judge             ( )               ( ) INS
U.S. Marshal                 ( )               ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( )  with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )  with Petition attached & mailed certified mail
                                  to: US Atty Gen   ( )   PA Atty Gen ( )
                                      DA of County  ( )   Respondents ( )

Bankruptcy Court             ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

7/20/01