ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG

SEP 2 8 2001

MARY E. D'ANDREA, CLERK
Per_____
          DEPUTY CLERK

GREENE/GUILFORD ENVIRONMENTAL       :
ASSOCIATION, a non-profit corporation :
incorporated under the laws of the  :
Commonwealth of Pennsylvania, CITIZENS :
FOR PLANNED COMMUNITY GROWTH,       :
an unincorporated association organized :
under the laws of the Commonwealth of :
Pennsylvania, PAUL B. AMBROSE, JOHN G. :
ENDERS, CHARLES F. RAHAUSER, BETSY  :
RAHAUSER, DOUGLAS A. WARNOCK, U.X.  :
VAGNERINI, THOMAS W. BUNDY,         :
STEPHEN P. BUCHER, ROGER J.         :
ROBERTSON, JAMES A. STRITE, JR., DAVID :
A. GUTHRIE,                         :
          Plaintiffs                :
                                    :
          v.                        :
                                    :
                                    :
KEN WYKLE, Administrator, Federal   :
Highway Administration, ROBERT GATZ, :
Federal Highway Administration,     :
          Defendants                :
                                    :
          and                       :
                                    :
BRADLEY L. MALLORY, Secretary for   :
The Department of Transportation,   :
Commonwealth of Pennsylvania,       :
          Intervenor.               :

CIVIL ACTION NO.
1:CV-01-0910

(Judge Rambo)

**FEDERAL DEFENDANTS KEN WYKLE AND ROBERT GATZ
NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Please take Notice that Defendants, KEN WYKLE and ROBERT GATZ hereby file the Administrative record in this case.  An index to the record is attached to this Notice.

Respectfully submitted,
MARTIN C. CARLSON
United States Attorney


ANNE K. FIORENZA
Assistant United States Attorney
Federal Building - 2nd Floor
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108-1754


KENDA JO M GARDNER
Assistant Counsel
JOHN M. HRUBOVCAK
Assistant Counsel-in-Charge
ROBERT J. SHEA
Assistant Chief Counsel
ANDREW S. GORDON
Chief Counsel
Office of Chief Counsel
Pennsylvania Department of
   Transportation
Commonwealth of Pennsylvania
P.O. Box 8212
Harrisburg, PA  17190

# ATTACHMENT

ADMINISTRATIVE RECORD FOR I-81 Interchange
FRANKLIN COUNTY
(BULK DOCUMENTS FILE)

| Administrative Record (hereinafter "AR") Document Number | Document Title |
| --- | --- |
| AR - 1 | Citizens for Improved Transportation Folder, presented January 24, 1989 |
| AR - 2 | Interstate 81, S.R. 8016, Franklin County, Pennsylvania, Preliminary Alternatives Report (Attached: March 6, 1990 letter from PENNDOT to FHWA forwarding the report) |
| AR - 3 | Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Design Location Study and Environmental Assessment, Preliminary Alternatives Report, May 1990 |
| AR - 4 | Exit 7 Issue Analysis submitted by Chambersburg Area Development Corporation, April 27, 1993 |
| AR - 5 | DRAFT Phase I Archaeological Survey Report, Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, July 1993, Revised September 1993 |
| AR - 6 | DRAFT Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Draft Environmental Impact Statement, July 1993 |

1

| | |
|---|---|
| AR - 7 | Historic Structures Inventory and Determination of Eligibility Report, Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, July 1993, Revised September 1993 |
| AR - 8 | Interstate 81 Interchange, Design Location Study and Environmental Impact Statement, Presentation to Agency Coordination Meeting, September 16, 1993 |
| AR - 9 | Criteria of Effect Report, Proposed Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, April 1994 |
| AR - 10 | DRAFT COPY 1 - Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Draft Environmental Impact Statement, May 1994 |
| AR - 11 | DRAFT COPY 2 - Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Draft Environmental Impact Statement, May 1994 |
| AR - 12 | Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Draft Environmental Impact Statement, May 1994 |
| AR - 13 | I-81 Interchange, Chambersburg, Franklin County, Pennsylvania, S.R. 8016, Section 001, Justification for an Additional Interchange, May 1994 |

| | |
|---|---|
| AR - 14 | Stenographic Report of Public Meeting held at J. Frank Faust, Jr. High School, Chambersburg, Pennsylvania (Before Lester Nace), June 29, 1994 |
| AR - 15 | Stenographic Report of Public Meeting held at J. Frank Faust, Jr. High School, Chambersburg, Pennsylvania (Before Barry Hoffman), June 29, 1994 |
| AR - 16 | Criteria of Effect Report, Proposed Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, April 1994, Revised July 1994 |
| AR - 17 | Review by the Cumberland Analytical Laboratories of the Pennsylvania Department of Transportation's Draft Environmental Impact Statement of the Proposed Interchange to be Located along Interstate 81, Franklin County, Pennsylvania, July 21, 1994 |
| AR - 18 | Review by Greene Township of Draft Environmental Impact Statement for the Proposed Interstate 81 Interchange to be Located in Franklin County, Pennsylvania, July 25, 1994 |
| AR - 19 | Review by Green Township of Draft Environmental Impact Statement for the Proposed Interstate 81 Interchange to be Located in Franklin County, Pennsylvania, Exhibit A, July 25, 1994 |

| | |
|---|---|
| AR - 20 | Review by Greene Township of Draft Environmental Impact Statement for the Proposed Interstate 81 Interchange to be Located in Franklin County, Pennsylvania, Exhibits B Through J and Plats 1 Through 3, July 25, 1994 |
| AR - 21 | Comments from Greene Township on Cultural Resources Section of the I-81 Interchange Draft Environmental Impact Statement, July 25, 1994 |
| AR - 22 | I-81 Interchange, Chambersburg, Franklin County, Pennsylvania, S.R. 8016, Section 001, Justification for an Additional Interchange, Interstate Route 81, January 1995 |
| AR - 23 | Interstate 81 Proposed Interchange 7; S.R. 0081, Traffic Impact Analysis Progress Report, January 24, 1995 |
| AR - 24 | Greene Township Rural Historic District, January 31, 1995 |
| AR - 25 | Interstate 81 Proposed Interchange 7; S.R. 0081, Traffic Impact Analysis Progress Report, February 7, 1995 |
| AR - 26 | Interstate 81 Proposed Interchange 7; S.R. 0081, Technical Appendix to Accompany Progress Report, February 7, 1995 |

| AR - 27 | Interstate 81 Proposed Interchange 7; S.R. 0081, Traffic Impact Analysis, Progress Report, February 21, 1995 |
|---------|-----------------------------------------------------------------------------------------------------------------|
| AR - 28 | Interstate 81 Proposed Interchange 7; S.R. 0081, Traffic Impact Analysis, Technical Appendix, February 21, 1995 |
| AR - 29 | Comments and DRAFT Responses, I-81 Interchange, March 1995 |
| AR - 30 | I-81 Interchange Project, Franklin County, Pennsylvania, Existing Traffic Conditions and Elements of Traffic Growth, Presentation to the Municipal Coordination Committee, Progress Report, March 2, 1995 |
| AR - 31 | Interstate 81, Proposed Interchange 7; S.R. 0081, Traffic Inpact Analysis, Progress Report, March 7, 1995 |
| AR - 32 | I-81 Interchange Project, Franklin County, Pennsylvania, Future Traffic Conditions, Presentation to the Municipal Coordination Committee, March 16, 1995 |
| AR - 33 | DRAFT Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Draft Report, Supplemental Traffic Studies, April 1995 |

| AR - 34 | DRAFT Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Technical Appendix to Accompany Draft Report, Supplemental Traffic Studies, April 1995 |
|---------|------------------------------------------------------------|
| AR - 35 | Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Farmlands Technical Memorandum, May 1995 |
| AR - 36 | DRAFT Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Final Report, Supplemental Traffic Studies, May 1995 |
| AR - 37 | Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Final Report, Supplemental Traffic Studies, May 1995 |
| AR - 38 | DRAFT Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Technical Appendix to Accompany Final Report, Supplemental Traffic Studies, May 1995 |
| AR - 39 | Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Technical Appendix to Accompany Final Report, Supplemental Traffic Studies, May 1995 |
| AR - 40 | DRAFT (Copy 1), Interstate 81 Interchange, S.R. 8016, Final Environmental Impact Statement, May 1995 |

| | |
|---|---|
| AR - 41 | DRAFT (Copy 2), Interstate 81 Interchange, S.R. 8016, Final Environmental Impact Statement, May 1995 |
| AR - 42 | DRAFT (Copy 3), Interstate 81 Interchange, S.R. 8016, Final Environmental Impact Statement, May 1995 |
| AR - 43 | DRAFT (Copy 1), Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Final Environmental Impact Statement, Section VII Comments and Coordination, Volume 1, May 1995 |
| AR - 44 | DRAFT (Copy 2), Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Final Environmental Impact Statement, Section VII Comments and Coordination, Volume 1, May 1995 |
| AR - 45 | DRAFT Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Final Environmental Impact Statement, Section VII Comments and Coordination, Volume 2, May 1995 |
| AR - 46 | Interstate 81 Interchange, S.R. 8016, Final Environmental Impact Statement, May 1995 |
| AR - 47 | Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Final Environmental Impact Statement, Section VII Comments and Coordination, Volume 1, May 1995 |

| AR - 48 | Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Final Environmental Impact Statement, Section VII Comments and Coordination, Volume 2, May 1995 |
|---------|----------------------------------------------------------------------|
| AR - 49 | Exhibits to June 16, 1995 letter to Federal Highway Administration from G. Bryan Salzmann, Esq., Comments on Memorandum of Agreement (June 5, 1995), June 16, 1995 |
| AR - 50 | Rural Historic Landscape Assessment, Interstate 81 Interchange: Area East of Interstate 81, S.R. 8016, Franklin County, Pennsylvania, July 5, 1995, Revised July 6, 1995 |
| AR - 51 | Correspondence from Eugene E. Dice to PENNDOT District 8-0 and FHWA regarding Comments on Final Environmental Impact Statement, Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, July 17, 1995 |
| AR - 52 | Correspondence from Manko, Gold & Katcher to PENNDOT District 8-0 regarding Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Final Environmental Impact Statement, July 31, 1995 |
| AR - 53 | Comments on the Farmlands Section of the Interstate 81 Interchange Final Environmental Impact Statement, July 31, 1995 |

| AR - 54 | Comments on the Cultural Resources Section of the Interstate 81 Interchange Final Environmental Impact Statement, July 31, 1995 |
|---|---|
| AR - 55 | Review by Greene Township of Final Environmental Impact Statement for Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, August 1, 1995 |
| AR - 56 | Information to Support a Re-Evaluation of the Keeper's Determination of the Greene Township - Conococheague Rural Historic District in Franklin County, Pennsylvania, October 1995 |
| AR - 57 | Addendum to Criteria of Effect Report, Proposed Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Revised October 1995 |
| AR - 58 | DRAFT Response to FEIS Comments, Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, October 31, 1995 |
| AR - 59 | Comments to the Request for Reevaluation of the Greene Township - Conococheague Rural Historic District Submitted by Federal Highway Administration, December 1995 |
| AR - 60 | DRAFT Response to FEIS Comments, Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, December 8, 1995 |

9

| AR - 61 | Summary Evaluation, Eastern Green District and Greene Township-Conococheague Rural Historic District, Franklin County, Pennsylvania, May 1996 |
|---------|------------------------------------------------------|
| AR - 62 | Response to Keeper's Request for Individual Eligibility Studies, I-81 Interchange Project, Greene and Guilford Townships, Franklin County, Pennsylvania, May 1996 |
| AR - 63 | Comments Submitted to the Keeper of the National Register in Response to the Notice Published in the Federal Register, Volume 61, Number 111, Friday, June 7, 1996, Regarding the Greene Township - Conococheague Rural Historic District Determination of Eligibility for the National Register of Historic Places, August 6, 1996 |
| AR - 64 | Greene Township-Conococheague Rural Historic District, An Evaluation of the Determinations of Eligibility Issued by the Keeper of the National Register of Historic Places on January 15, 1997, January 1997 |
| AR - 65 | DRAFT Response to FEIS Comments, Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, March 1997 |
| AR - 66 | Proposed Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Addendum to the Criteria of Effect Report, March 1997 |

| | |
|---|---|
| AR - 67 | Proposed Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Addendum to the Criteria of Effect Report, May 1997 |
| AR - 68 | Greene Township - Conococheague Rural Historic District, Comments in Response to Federal Highway Administration's April 30, 1997 Submission to the Keeper of the National Register, June 1997 |
| AR - 69 | Correspondence from Manko, Gold & Katcher to Pennsylvania Historical and Museum Commission regarding Proposed I-81 Interchange, Franklin County, Pennsylvania, Addendum to Criteria of Effect Report (May 1997), Comments on behalf of Greene Township, June 18, 1997 |
| AR - 70 | Proposed Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Addendum to the Criteria of Effect Report, June 1998 |
| AR - 71 | PENNDOT I-81 Interchange Video (Approximately 8 minutes, 30 seconds), Overview of proposed I-81 Interchange Project including topics such as project needs, project history and alternatives considered, shown at public meeting, June 2, 1998 |
| AR - 72 | Supplemental Traffic Studies, Chambersburg, Franklin County, Pennsylvania, I-81 Interchange, Alternative D Modified, June 4, 1998 |

11

| | |
|---|---|
| AR - 73 | Point of Access Justification Re-Assessment for Alternative D Modified, I-81 Interchange, Chambersburg, Franklin County, Pennsylvania, June 19, 1998 |
| AR - 74 | Comments of the Greene Township Board of Supervisors Regarding the Addendum to the Criteria of Effect Report (June 1998) Prepared on Behalf of the Pennsylvania Department of Transportation and the Federal Highway Administration for the Proposed Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, July 2, 1998 |
| AR - 75 | DRAFT Response to FEIS Comments Interstate 81 Interchange, Franklin County, Pennsylvania, August 1998 |
| AR - 76 | DRAFT Reevaluation of the Final Environmental Impact Statement, Interstate 81 Interchange, Franklin County, Pennsylvania, November 1998 |
| AR - 77 | Mitigation Measures and Project Conditions, Interstate 81 Interchange, Franklin County, Pennsylvania, December 1998 |
| AR - 78 | Response to FEIS Comments, Interstate 81 Interchange, Franklin County, Pennsylvania, December 1998 |

| AR - 79 | Evaluation of Traffic Impacts Resulting from the Reconfiguration of the Proposed Interchange of Interstate 81 [Alternative D-Modified], Franklin County, Pennsylvania, January 1999 |
| AR - 80 | Re-evaluation of the Final Environmental Impact Statement, Interstate 81 Interchange, Franklin County, Pennsylvania, January 1999 |
| AR - 81 | Attachments to Greene-Gilford Environmental Association, Inc.'s January 13, 1999 Correspondence Concerning the Interstate 81 Interchange to U.S. Department of Transportation, Federal Highway Administration, January 13, 1999 |
| AR - 82 | Record of Decision, March 25, 1999 |
| AR - 83 | Re-evaluation of Record of Decision, June 28, 2001 |
| AR - 84 | Rural Historic Landscape Assessment, Interstate 81, S.R. 8016, Franklin County, Pennsylvania |
| AR - 85 | Interstate 81 Interchange, S.R. 8016, Plan of Study |
| AR - 86 | 1977-1988 Correspondence |
| AR - 87 | 1989 Correspondence |
| AR - 88 | 1990 Correspondence |

13

| AR - 89 | 1991 Correspondence |
|---------|---------------------|
| AR - 90 | 1992 Correspondence |
| AR - 91 | 1993 Correspondence |
| AR - 92 | 1994 Correspondence - Volume 1 of 2 |
| AR - 93 | 1994 Correspondence - Volume 2 of 2 |
| AR - 94 | 1995 Correspondence - Volume 1 of 8 |
| AR - 95 | 1995 Correspondence - Volume 2 of 8 |
| AR - 96 | 1995 Correspondence - Volume 3 of 8 |
| AR - 97 | 1995 Correspondence - Volume 4 of 8 |
| AR - 98 | 1995 Correspondence - Volume 5 of 8 |
| AR - 99 | 1995 Correspondence - Volume 6 of 8 |
| AR - 100 | 1995 Correspondence - Volume 7 of 8 |
| AR - 101 | 1995 Correspondence - Volume 8 of 8 |
| AR - 102 | 1996 Correspondence - Volume 1 of 2 |
| AR - 103 | 1996 Correspondence - Volume 2 of 2 |
| AR - 104 | 1997 Correspondence |
| AR - 105 | 1998 Correspondence - Volume 1 of 5 |

14

| AR - 106 | 1998 Correspondence - Volume 2 of 5 |
|----------|-------------------------------------|
| AR - 107 | 1998 Correspondence - Volume 3 of 5 |
| AR - 108 | 1998 Correspondence - Volume 4 of 5 |
| AR - 109 | 1998 Correspondence - Volume 5 of 5 |
| AR - 110 | 1999 Correspondence |
| AR - 111 | 2000 Correspondence |
| AR - 112 | No Date Correspondence |
| AR - 113 | E-mail Correspondence |
| AR - 114 | Draft Correspondence |
| AR - 115 | Traffic Technical Data - Volume 1 of 16 |
| AR - 116 | Traffic Technical Data - Volume 2 of 16 |
| AR - 117 | Traffic Technical Data - Volume 3 of 16 |
| AR - 118 | Traffic Technical Data - Volume 4 of 16 |
| AR - 119 | Traffic Technical Data - Volume 5 of 16 |
| AR - 120 | Traffic Technical Data - Volume 6 of 16 |
| AR - 121 | Traffic Technical Data - Volume 7 of 16 |
| AR - 122 | Traffic Technical Data - Volume 8 of 16 |

| AR - 123 | Traffic Technical Data - Volume 9 of 16 |
|---|---|
| AR - 124 | Traffic Technical Data - Volume 10 of 16 |
| AR - 125 | Traffic Technical Data - Volume 11 of 16 |
| AR - 126 | Traffic Technical Data - Volume 12 of 16 |
| AR - 127 | Traffic Technical Data - Volume 13 of 16 |
| AR - 128 | Traffic Technical Data - Volume 14 of 16 |
| AR - 129 | Traffic Technical Data - Volume 15 of 16 |
| AR - 130 | Traffic Technical Data - Volume 16 of 16 |
| AR - 131 | Socioeconomic Technical Data - Volume 1 of 6 |
| AR - 132 | Socioeconomic Technical Data - Volume 2 of 6 |
| AR - 133 | Socioeconomic Technical Data - Volume 3 of 6 |
| AR - 134 | Socioeconomic Technical Data - Volume 4 of 6 |
| AR - 135 | Socioeconomic Technical Data - Volume 5 of 6 |
| AR - 136 | Socioeconomic Technical Data - Volume 6 of 6 |
| AR - 137 | Cultural Resources Technical Data |
| AR - 138 | Farmlands Technical Data - Volume 1 of 2 |
| AR - 139 | Farmlands Technical Data - Volume 2 of 2 |

| AR - 140 | Public Involvement Technical Data - Volume 1 of 5 |
|---|---|
| AR - 141 | Public Involvement Technical Data - Volume 2 of 5 |
| AR - 142 | Public Involvement Technical Data - Volume 3 of 5 |
| AR - 143 | Public Involvement Technical Data - Volume 4 of 5 |
| AR - 144 | Public Involvement Technical Data - Volume 5 of 5 |
| AR - 145 | Cassette from January 24, 1989 Public Meeting Questions and Answers |
| AR - 146 | Noise & Air Technical Data - Volume 1 of 3 |
| AR - 147 | Noise & Air Technical Data - Volume 2 of 3 |
| AR - 148 | Noise & Air Technical Data - Volume 3 of 3 |
| AR - 149 | Air Quality Computer Disks |
| AR - 150 | Natural Resources Technical Data |
| AR - 151 | Technical Data Supplied to Greene Township - Volume 1 of 2 |
| AR - 152 | Technical Data Supplied to Greene Township - Volume 2 of 2 |
| AR - 153 | Technical Data Provided to Public Per Requests |
| AR - 154 | Project Mapping - Volume 1 of 2 |
| AR - 155 | Project Mapping - Volume 2 of 2 |

17

| AR - 156 | Supplemental Technical Data - Volume 1 of 2 |
| AR - 157 | Supplemental Technical Data - Volume 2 of 2 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

On this 28th day of September, 2001, she served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by deposition said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Thomas Alan Linzey, Esquire
Community Environmental Legal Defense Fund
2859 Scotland Road
Chambersburg, PA  17201

REBECCA A. PLESIC
Legal Secretary

3