*Doc. Nos. 22 thru 33*
*10/2/01*
*ASM*

## ADMINISTRATIVE RECORD FOR I-81 Interchange
## FRANKLIN COUNTY
## (BULK DOCUMENTS FILE) ✱

| Administrative Record (hereinafter "AR") Document Number | Document Title |
|---|---|
| AR - 1 | Citizens for Improved Transportation Folder, presented January 24, 1989 |
| AR - 2 | Interstate 81, S.R. 8016, Franklin County, Pennsylvania, Preliminary Alternatives Report (Attached: March 6, 1990 letter from PENNDOT to FHWA forwarding the report) |
| AR - 3 | Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Design Location Study and Environmental Assessment, Preliminary Alternatives Report, May 1990 |
| AR - 4 | Exit 7 Issue Analysis submitted by Chambersburg Area Development Corporation, April 27, 1993 |
| AR - 5 | DRAFT Phase I Archaeological Survey Report, Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, July 1993, Revised September 1993 |
| AR - 6 | DRAFT Interstate 81 Interchange, S.R. 8016, Franklin County, Pennsylvania, Draft Environmental Impact Statement, July 1993 |

✱ Administrative Record consisting of 12 Boxes located in the 10th floor Court Closet #1