IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION,** a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania; **CITIZENS FOR PLANNED COMMUNITY GROWTH,** an unincorporated association organized under the laws of the Commonwealth of Pennsylvania; **PAUL B. AMBROSE; JOHN G. ENDERS; CHARLES F. RAHAUSER; BETSY RAHAUSER; DOUGLAS A. WARNOCK, U.X. VAGNERINI; THOMAS W. BUNDY; STEPHEN P. BUCHER; ROGER J. ROBERTSON; JAMES A. STRITE, JR.; and DAVID A. GUTHRIE,**<br><br>Plaintiffs<br><br>v.<br><br>**KEN WYKLE, Administrator, Federal Highway Administration; and ROBERT GATZ, Federal Highway Administration,**<br><br>Defendants | CIVIL NO. 1:CV-01-0910<br><br>FILED<br>HARRISBURG, PA<br><br>OCT 17 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per: _____<br>Deputy Clerk |

### ORDER

In accordance with the foregoing memorandum of law, **IT IS HEREBY ORDERED THAT** Plaintiffs' motion for limited discovery in addition to the administrative record is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: October 17, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-00910    Greene/Guilford Envi v. Wykle

True and correct copies of the attached were mailed by the clerk to the following:

Thomas Alan Linzey, Esq.
Community Environmental Legal Defense Fund (CELDF)
2859 Scotland Road
Chambersburg, PA  17201

Anne K. Fiorenza, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
228 Walnut Street
Harrisburg, PA  17108

Kenda Gardner, Esq.
PA Department of Transportation
Office of Chief Counsel
Post Office Box 8212
Harrisburg, PA  17105-8212

Robert J. Shea, Esq.
Office of Chief Counsel
Pennsylvania Dept. of Transportation
555 Walnut Street
Harrisburg, PA  17101-1900

cc:
Judge                           (X )          ( ) Pro Se Law Clerk
Magistrate Judge                (  )          ( ) INS
Warden                          (  )
Bureau of Prisons               (  )
Ct Reporter                     (  )
Ctroom Deputy                   (  )
Orig-Security                   (  )
Federal Public Defender         (  )
Standard Order 93-5             (  )
Other_____    (  )

MARY E. D'ANDREA, Clerk

DATE: October 17th, 2001          BY: _____
                                      Deputy Clerk