IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD
ENVIRONMENTAL ASSOCIATION,
a non-profit corporation
incorporated under the laws of
the Commonwealth of
Pennsylvania; CITIZENS FOR
PLANNED COMMUNITY GROWTH,
an unincorporated association
organized under the laws of the
Commonwealth of Pennsylvania;
PAUL B. AMBROSE; JOHN G.
ENDERS; CHARLES F. RAHAUSER;
BETSY RAHAUSER; DOUGLAS A.
WARNOCK, U.X. VAGNERINI;
THOMAS W. BUNDY; STEPHEN P.
BUCHER; ROGER J. ROBERTSON;
JAMES A. STRITE, JR.; and
DAVID A. GUTHRIE,

        Plaintiffs

    v.

KEN WYKLE, Administrator,
Federal Highway Administration;
and ROBERT GATZ, Federal
Highway Administration,

        Defendants

CIVIL NO. 1:CV-01-0910

FILED
HARRISBURG, PA

NOV 2 0 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

## ORDER

Before the court is a motion to intervene filed on August 15, 2001, by Bradley L. Mallory, the Secretary Transportation, Commonwealth of Pennsylvania. Plaintiffs filed an answer to said motion on September 6, 2001 stating that they do not object to the motion to intervene. Furthermore, Defendants Wykle and Gatz have not indicated to the court that they oppose the motion to intervene. Therefore, the court will adopt the reasoning contained in Mr. Mallory's brief in support of the motion to intervene.

Accordingly, **IT IS HEREBY ORDERED THAT** Bradley L. Mallory's motion for intervention is deemed unopposed and is **GRANTED**. Hereinafter, Mr. Mallory will be listed in the caption of the case as Defendant-Intervenor.

                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: November 20, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-00910    Greene/Guilford Envi v. Wykle

True and correct copies of the attached were mailed by the clerk to the following:

```
Thomas Alan Linzey, Esq.
Community Environmental Legal Defense Fund (CELDF)
2859 Scotland Road
Chambersburg, PA  17201

Anne K. Fiorenza, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
228 Walnut Street Suite 217
Harrisburg, PA  17108

Kenda Gardner, Esq.
Robert J. Shea, Esq.
Pennsylvania Dept. of Transportation
555 Walnut Street 9th Floor
Harrisburg, PA  17101-1900
```

```
cc:
Judge                     (X )            ( ) Pro Se Law Clerk
Magistrate Judge          (  )            ( ) INS
U.S. Marshal              (  )            ( ) Jury Clerk
Probation                 (  )
U.S. Attorney             (  )
Atty. for Deft.           (  )
Defendant                 (  )
Warden                    (  )
Bureau of Prisons         (  )
Ct Reporter               (  )
Ctroom Deputy             (  )
Orig-Security             (  )
Other_____    (  )
```

MARY E. D'ANDREA, Clerk

DATE: November 20th, 2001                BY: _____
                                             Deputy Clerk