IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania, CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania, PAUL B. AMBROSE, JOHN G. ENDERS, CHARLES F. RAHAUSER, BETSY RAHAUSER, DOUGLAS A. WARNOCK, U.X. VAGNERINI, THOMAS W. BUNDY, STEPHEN P. BUCHER, ROGER J. ROBERTSON, JAMES A. STRITE, JR., DAVID A. GUTHRIE,<br>　　　　　Plaintiffs<br><br>　　　　v.<br><br>KEN WYKLE, Administrator, Federal Highway Administration, ROBERT GATZ, Federal Highway Administration,<br>　　　　　Defendants<br><br>　　　　and<br><br>BRADLEY L. MALLORY, Secretary for The Department of Transportation, Commonwealth of Pennsylvania,<br>　　　　　Intervenor. | CIVIL ACTION NO.<br>1:CV-01-0910<br><br>(Judge Rambo)<br><br>**FILED**<br>HARRISBURG, PA<br><br>DEC 27 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>　　　Deputy Clerk |

## ORDER

Now this **27** day of **December, 2001** IT IS HEREBY ORDERED THAT:

　　1. The motion of defendants and intervenors for an enlargement of time is granted; and

　　2. Their response to the motion to supplement the record shall be filed on or before January **7**, 2002.

_____
JUDGE RAMBO

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-00910   Greene/Guilford Envi v. Wykle

True and correct copies of the attached were mailed by the clerk
to the following:

Thomas Alan Linzey, Esq.
Community Environmental Legal Defense Fund (CELDF)
2859 Scotland Road
Chambersburg, PA  17201

Anne K. Fiorenza, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
228 Walnut Street, Suite 217
Harrisburg, PA  17108

```
cc:
Judge                       (X )           ( ) Pro Se Law Clerk
Magistrate Judge            ( )            ( ) INS
U.S. Marshal                ( )            ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

DATE: December 27th, 2001          BY: /s/ Mark [signature]
                                       Deputy Clerk