UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL            :
ASSOCIATION, a non-profit corporation    :
incorporated under the laws of the       :
Commonwealth of Pennsylvania, CITIZENS   :
FOR PLANNED COMMUNITY GROWTH,            :
an unincorporated association organized  :   CIVIL ACTION NO.
under the laws of the Commonwealth of    :   1:CV-01-0910
Pennsylvania, PAUL B. AMBROSE, JOHN G.   :
ENDERS, CHARLES F. RAHAUSER, BETSY       :   (Judge Rambo)
RAHAUSER, DOUGLAS A. WARNOCK, U.X.       :
VAGNERINI, THOMAS W. BUNDY,              :
STEPHEN P. BUCHER, ROGER J.              :
ROBERTSON, JAMES A. STRITE, JR., DAVID   :
A. GUTHRIE,                              :
     Plaintiffs                          :
                                         :
          v.                             :
                                         :
KEN WYKLE, Administrator, Federal        :
Highway Administration, ROBERT GATZ,     :
Federal Highway Administration,          :
     Defendants                          :
                                         :
          and                            :
                                         :
BRADLEY L. MALLORY, Secretary for        :
The Department of Transportation,        :
Commonwealth of Pennsylvania,            :
     Intervenor.                         :

**DEFENDANTS' AND INTERVENOR'S BRIEF IN SUPPORT OF MOTION
FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES**

Defendants have requested the Court to permit them to exceed the fifteen-page limit as provided in M.D. Pa. Local Rule 7.8 in filing the brief in support of their motion for summary judgment. The reasons for this motion are as follows:

1. The complaint raises claims under the National Environmental Policy Act ("NEPA") and the National Historic Preservation ("NHPA"). Claims arising under NEPA and NHPA require the Court's review of the administrative record that was before the Federal decision-maker and are normally disposed of through motions for summary judgment.

2. Plaintiff raises several issues under NEPA and NHPA including, whether the selected alternative satisfies the major project needs for the I-81 Interchange project in Franklin County, Pennsylvania, whether the impacts to local roadways were studied and disclosed in the NEPA document for the project, whether FHWA properly considered the cumulative impacts of the proposed interchange with the proposed extension of Norland Avenue under NEPA, whether FHWA properly determined that a Supplemental EIS was not required for the project under NEPA, whether NEPA required the consideration of new alternatives as a result of the amendment to the project's funding authorization statute, whether FHWA completed the studies required under NEPA for the project with good faith objectivity, and whether defendants properly determined the area of potential effect for the project under NHPA.

3. It is defendants' belief that plaintiffs' allegations, in whole or in part, fail to state a claim and that the administrative record establishes that defendants are entitled to summary judgment. Defendants and intervenor intend to file a joint brief in support of a joint motion for summary judgment.

4. Because of the various legal claims and the need to address the underlying facts relevant to each of the claims, it may not be possible to address all of plaintiffs' allegations in a fifteen-page brief. Indeed, the statement of facts section itself will span at least eighteen pages of the brief.

5. Defendants submit that their brief will be no longer than sixty-five pages in length.

6. Plaintiff will not be prejudiced in granting this motion; indeed, granting this motion should assist plaintiff in understanding all of defendants' defenses.

Wherefore, defendants request this Court to grant their motion for leave to file the brief in support of their motion for summary judgment in excess of the fifteen-page limit.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney


*Anne K Fiorenza* KMG
ANNE K. FIORENZA
Assistant United States Attorney
Federal Building - 2nd Floor
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108-1754


*Kenda Jo M. Gardner*
KENDA JO M. GARDNER
Assistant Counsel
JOHN M. HRUBOVCAK
Assistant Counsel-in-Charge
ROBERT J. SHEA
Assistant Chief Counsel
ANDREW S. GORDON
Chief Counsel
Office of Chief Counsel
Pennsylvania Department of
    Transportation
Commonwealth of Pennsylvania
P.O. Box 8212
Harrisburg, PA 17190

Date: January 22, 2002

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of Chief Counsel of the Department of Transportation, Commonwealth of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

On this 22nd day of January, 2002, she served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by deposition said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Thomas Alan Linzey, Esquire
Community Environmental Legal Defense Fund
2859 Scotland Road
Chambersburg, PA  17201

*Kenda Jo M. Gardner*
KENDA JO M. GARDNER
Assistant Counsel
Office of Chief Counsel
Pennsylvania Department of
  Transportation
Commonwealth of Pennsylvania
P.O. Box 8212
Harrisburg, PA  17105-8212
(717) 787-5299