FILED
HARRISBURG, PA 1/23/
JAN 2 2 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

# In the United States District Court for the Middle District of Pennsylvania

GREENE/GUILFORD ENVIRONMENTAL
ASSOCIATION, a non-profit corporation incorporated
under the laws of the Commonwealth of Pennsylvania,
CITIZENS FOR PLANNED COMMUNITY GROWTH,
an unincorporated association organized under the laws of
the Commonwealth of Pennsylvania, PAUL B. AMBROSE,
JOHN G. ENDERS, CHARLES F. RAHAUSER,
BETSY RAHAUSER, DOUGLAS A. WARNOCK, U.X
VAGNERINI, THOMAS W. BUNDY, STEPHEN P.
BUCHER, ROGER J. ROBERTSON, JAMES A.
STRITE, JR., DAVID A. GUTHRIE

v.

KEN WYKLE, Administrator, Federal Highway
Administration, ROBERT GATZ, Federal
Highway Administration

       and

BRADLEY L. MALLORY, Secretary for
The Department of Transportation, Commonwealth
of Pennsylvania
       Defendant-Intervenor

Civ. No. 1:CV-01-0910

(Judge Rambo)

## ATTACHMENTS TO PLAINTIFFS' REPLY

COMMONWEALTH OF PENNSYLVANIA
AGRICULTURAL LANDS CONDEMNATION
APPROVAL BOARD

* * * * * * * *

IN RE:         APPLICATION OF THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION TO THE AGRICULTURAL LANDS CONDEMNATION APPROVAL BOARD (ALCAB) FOR STATE ROUTE 0081, SECTION 001, EXIT 7 PROJECT, FRANKLIN COUNTY

Attachment One

COPY

BEFORE:        Edward S. Finkelstein, Hearing Examiner

HEARING:       May 11, 2001
               9:00 a.m.
               Shippensburg University
               Memorial Auditorium
               Shippensburg, PA

Reporter: Bernadette M. Black

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

621

1    founded. I'm not going to go
2    too far into this. We'll give
3    Mr. Linzey some leeway on this
4    issue. Do we have a distance
5    yet?
6              ATTORNEY CLEMENTS:
7              We have the team of
8    engineers working on it.
9              HEARING EXAMINER:
10             Do you want that in
11   miles or ---?
12             ATTORNEY CLEMENTS:
13             We believe that is
14   approximately 4,000 feet, a
15   little less than a mile.
16             HEARING EXAMINER:
17             So PennDOT stipulated
18   it's within a mile of the
19   project?
20   A.   Right.
21             ATTORNEY LINZEY:
22             We'll get to the heart
23   of these matters.
24   BY ATTORNEY LINZEY:
25   Q.   And why was not the Gass House

622

1  considered in your cultural resources
2  study?
3  A.      I'm not ---.
4           ATTORNEY FINUCANE:
5           I'll renew the previous
6  objection.
7           HEARING EXAMINER:
8           Noted, overruled.
9  A.      I'm not certain that I can
10 identify which cultural resource
11 study you were referring to.  I mean,
12 there were numerous studies over the
13 course of many years, as I previously
14 testified.  What we were looking at
15 was, as I explained yesterday, in the
16 areas of the potential interchanges,
17 what were the historic resources.
18 What in the immediate area of the
19 proposed interchanges.  So the Gass
20 House, it is what it is.  It was
21 recognized as a resource in the
22 Greater Chambersburg area, and that
23 is why it is shown on this map.
24 BY ATTORNEY LINZEY:
25 Q.      So you testified incorrectly

As part of final design, the engineering firm may be required to perform any or all of the following duties: attend field views and prepare minutes; perform necessary field surveys; plot topography and cross sections; prepare submissions for field views and safety review meeting; prepare pertinent submissions and materials necessary for the Department to prepare the application to PUC for the PUC field conference; attend and supply required information for PUC meetings and hearings during project design; develop erosion control details and narrative; develop right-of-way plans; prepare type, size, and location report; prepare bridge drawings, traffic control plans and narrative; procure core borings; provide the soil and foundation engineering report; investigate utility and property involvement; prepare and disseminate right-of-entry letters; prepare the necessary number of prints and information required for a value engineering review, make the necessary investigations and adjustments to the design as a result of the value engineering review comments; make all necessary contact with railroad officials for railroad-related cost estimates, permits, insurance, approvals and other required information; collect signal timing and accident data; perform traffic counts and speed delay studies; prepare plans for signal design and implementation of signal interconnections; evaluate alternatives using benefit/cost analysis; document study activities and findings; and prepare construction plans, specifications and estimates.

### Franklin County
### Reference No. 08430AG0912

The Department of Transportation will retain an engineering firm to conduct a Design Location and Environmental Study for S. R. 8016, Section 001, the construction of an interchange on Interstate Route 81. The objective of the studies is the development of a recommended location that will relieve the present traffic congestion at Exit 6 and on U. S. 30. The estimated cost of construction is $4 million.

The Design Location and Environmental Study will consist of the development and consideration of alternate interchange locations between project termini and the recommendation of a preferred site which best serves the project need.

The required services will include the inventory and mapping of existing and proposed land use patterns, minority groups, historic and archaeologic data, biological data, air and water quality data, floodplain boundaries, public water supply sources, major utility facilities, wetlands, vegetation, wildlife, endangered species, prime farmlands, soil types and geology. Services will also include the performance of origin and destination studies, traffic counts, the analysis of accidents and fuel consumption costs of the existing Interstate 81 interchange and affected roads and the protection of traffic, fuel savings and accident reduction resulting from the various proposed locations. Bridges and intersections which minimize conflicts as required will be located for each alignment. Construction cost estimates will be conducted. A traffic and transportation report will be prepared. A point of access justification will be developed. Aerial mapping will be provided by the Department.

Other required services will include stream surveys including baseline biological conditions; the evaluation of habitat distribution and recommend mitigation measures; identify and map solid waste facilities; plot all utilities and property lines and determine major conflicts; conduct drainage design; classify and field survey wetland boundaries; determine impacts and propose mitigation measures; assess soil erosion impacts and propose mitigation measures; propose and conduct a hydrogeological program and prepare a written report; conduct traffic signal warrant and capacity analysis; monitor noise and project future conditions and propose mitigation measures; conduct microscale air quality modeling; conduct historic and archaeologic field surveys and assess impacts; assess land use, socioeconomic, farmland, vegetation, wildlife and endangered species impacts; refine lines and grades to minimize impacts; prepare Phase I and Phase II Archaeological Report, 4(f) Report, Cultural Resource Survey Report, Effect Report as required; prepare preliminary bridge, signing, lighting, maintenance and protection of traffic, design location study plans and traffic signal layouts as required; conduct construction cost estimates and assess contruction impacts; prepare drawings and participate in value engineering for the project; prepare Draft and Final Environmental Impact Statement Report and Composite Technical Basis Reports; prepare waterway and type, size and location submissions; and conduct Design Location Field View (Step 9). The selected firm will be required to formulate and participate in a public involvement program; summarize and analyze feedback; and coordinate the development of the study with various agencies and special interest groups.

Firms expressing interest in this project must agree ensure that Disadvantaged Business Enterprise (DBE) firms as defined in the Surface Transportation and Uniform Relocation Assistance Act of 1987 and certified by the Department of Transportation shall have the maximum opportunity to participate in any subcontracting or furnishing supplies or services approved under Form 442, Section 1.10(a). The Act requires that firms owned and controlled by women (WBEs) be included, a presumptive group, within the definition of Disadvantaged Business Enterprise (DBE). The goal for DBE participation in this Agreement shall be 15% of the total contract price. Responding firms may make best effort to meet the DBE goal using DBE's (as they were defined prior to the Act), WBE's or combination thereof. Proposed DBE firms must be certified at the time of submission of the letter of interest. If the selected firm fails to meet the goal established, it shall be required to demonstrate its good faith efforts to attain the goal. Failure to meet the goal and to demonstrate good faith efforts may result in being barred from Department contracts in the future.

### GENERAL REQUIREMENTS AND INFORMATION

Firms interested in performing any of the above services are invited to submit letters of interest to: Fred W. Bowser, P.E., Consultant Selection Committee, Room 1118, Transportation and Safety Building, Harrisburg, Pa. 17120.

Responses are encouraged by small engineering firms, disadvantaged business enterprise engineering firms and other engineering firms who have not previously performed work for the Department of Transportation.

Each letter of interest must include in the heading, the firm's Federal Identification Number and the Project Reference Number indicated in the advertisement. A Standard Form 254, "Architect-Engineer and Related Services Questionnaire", not more than 1 year old as of the date of this advertisement, must be submitted for the firm, each party to a joint venture, and for each subconsultant the firm or joint venture is proposing to use for the performance of professional services regardless of whether the subconsultant is an individual, a college professor, or a Company. Standard Form 255,

**Attachment Two**

STATE TRANSPORTATION COMMISSION
1986 - 1998 TWELVE YEAR HIGHWAY AND BRIDGE PROGRAM
CURRENT REVENUE PROGRAM ADOPTED JULY 16,1987 - REVISED OCTOBER 8,1987
ENHANCED REVENUE PROGRAM ADOPTED AUGUST 26,1987 SUBJECT TO FUNDING BEING MADE AVAILABLE. REVISED OCTOBER 8,1987

| HWY KEY | T.R. SPC | PROJECT NAME GEOGRAPHIC LIMIT | TYPE IMPROVEMENT | MILE | SYS | DESIGN R/W | PROGRAM PERIODS | |
| PHS NBR | S.R. L.R. | LOCATION | S.R. | | FUND | CONSTR TOTAL | CURRENT REVENUE | ENHANCED REVENUE |

DISTRICT 08

FRANKLIN
082886905  I 81       TOURIST INFO CENTER          REST AREA                        .0              334
          TSMI       I-81 NORTHBOUND               NEW FACILITY          .0    STA              100
                                                                                           1,620
                                                                                           2,054                      1ST 4 YRS

FRANKLIN
082885600 US 11  ECON CHAMBERSBURG ECONS           SIGNAL IMPROVEMENT              4.6 FAP          72
083S201N  0011       RT11 CORR.-RT.35 CORR.                                            TAP           5
          35         CHAMBERSBURG BORO                                .0                         1,100
                                                                                                 1,177                1ST 4 YRS

FRANKLIN
082885207 US 30  BRPL LOUDON ST BRIDGE             BRIDGE REPLACEMENT               .0 FAP          90
          0030       OVER CONOCOHEAGUE CREEK       DETOUR = 3MI.                       FCB          55
          28094      CHAMBERSBURG BORO                              29.5                           600
                                                                                                   745                1ST 4 YRS

FRANKLIN
082887001  I 81  HCON I 81 EXIT 7                  INTERCHANGE                      .2 FAI         500
          0081       NB & SB EXIT RAMPS            NEW INTERCHANGE                     SXF
          799        NORTH OF CHAMBERSBURG                            .0                         4,500
                                                                                                 5,000                1ST 4 YRS

FRANKLIN
082882501  I 81  IRST INTERSTATE 81                RESURFACE                       2.9 I4R         181
083M5402  0081       MARYLAND STATE LINE - US11    RAISE 4 OVERHEAD BRIDGES                         32
          799        ANTRIM TOWNSHIP                                  .0                         4,362
                                                                                                 4,575                1ST 4 YRS

FRANKLIN
082884201  I 81  IRST INTERSTATE 81                BRIDGE REHABILITATION            .1 FAI          25
083N5401  0081       I-81 & US 30                  TWIN BRIDGES                        I4R           3
          799        EAST OF CHAMBERSBURG                           81.0                           396
                                                                                                   424                1ST 4 YRS

Attachment Three

```
JUL 19, 1989                         COMMONWEALTH OF PENNSYLVANIA                                              PAGE 318
RPT:TYPPRINT                                    ADOPTED
                                 1988 - 2000 TWELVE YEAR HIGHWAY & BRIDGE PROGRAM

HWY KEY    T.R.          PROJECT NAME            TYPE IMPROVEMENT          MILE   DESIGN
           SPC        GEOGRAPHIC LIMIT                                     SYS    R/W
PMS NBR    S.R.          LOCATION                                          FUND   CONSTR        PROGRAM
           L.R.                                                                   TOTAL         PERIOD

DISTRICT 08
FRANKLIN
-----------------------------------------------------------------------------------------------------------------
FIRST FOUR YEARS

FRANKLIN
082886201  PA 75    TUSCARORA CR.BRANCH          BRIDGE REPLACEMENT         .0      60
           BRPL     OVER TUSCARORA CRK.BRANCH                               FAP     11
083C013    0075     FANNET TOWNSHIP                                         STA    362
             45                                                                    433         FIRST FOUR YEARS
-----------------------------------------------------------------------------------------------------------------
FRANKLIN
082884201  I- 81    I-81 / US 30 BRIDGES         BRIDGE REHABILITATION      .1      25
           IRST     I-81 @ US 30                                            FAI      3
083M5401   0081     EAST OF CHAMBERSBURG                                    I4R    780
            799                                                                    808         FIRST FOUR YEARS
-----------------------------------------------------------------------------------------------------------------
FRANKLIN
082887001  I- 81    I-81 EXIT 7                  INTERCHANGE                .2     500
           HCOP     CHAMBERSBURG AREA                                       FAI    200
083C012    0081     NEW INTERCHANGE                                         SXF  4,300
            799                                                                  5,000         FIRST FOUR YEARS
-----------------------------------------------------------------------------------------------------------------
FRANKLIN
082887501  I- 81    I-81 WEIGH STATION           WEIGH STATION              .0      30
           IRST     SOUTHBOUND ROADSIDE REST                                FAI
083S001T   0081     GUILFORD TWP                                            I4R    175
            799                                                                    205         FIRST FOUR YEARS
-----------------------------------------------------------------------------------------------------------------
FRANKLIN
082887502  I- 81    I-81 WEIGH STATION           WEIGH STATION              .0      50
           TSMI     NORTHBOUND ROADSIDE REST                                FAI
083S002T   0081     ANTRIM TWP                                              I4R    210
            799                                                                    260         FIRST FOUR YEARS
-----------------------------------------------------------------------------------------------------------------
FRANKLIN
082886905  I- 81    TOURIST INFO CENTER          REST AREA                  .0     334
           TSMI     I-81 NORTHBOUND                                         FAI    100
           0081     ANTRIM TWP                                              STA  1,620
            799                                                                  2,054         FIRST FOUR YEARS
-----------------------------------------------------------------------------------------------------------------
```

**Attachment Four**

# Overview of the Section 4(f) Process

**Identify Section 4(f) properties within the study area.**
- Identify public historic properties through the Section 106 process and publicly owned public parks, recreational areas, or wildlife and waterfowl refuges of national, state or local significance.
- Coordinate with officials having jurisdiction over the Section 4(f) properties.

↓

**Determine whether Section 4(f) properties are used.**
- Incorporation of property of actual use.
- Indirect or constructive uses.

↓

*Two-Part Test*

**Determine whether a feasible and prudent total avoidance alternative exists.**

◇ If a feasible and prudent total avoidance alternative exists, it must be selected. If not, continue with Section 4(f) Evaluation.

↓

**Evaluate remaining feasible and prudent alternatives to determine which results in least harm to Section 4(f) Resources.**

↓

**Prepare Draft Section 4(f) Evaluation.**
- FHWA approval to circulate.

↓

**Provide copies to officials with jurisdiction over the Section 4(f) Properties, DOI and, if applicable, USDA and HUD for a 45-day comment period.**

↓

**Review and address comments and prepare Final Section 4(f) Evaluation.**
- FHWA approval.
- FHWA Region Legal sufficiency review.
- Follow-up coordination with regard to issues raised during the circulation of the Draft Section 4(f) Evaluation.

*Note: This flowchart was developed for projects requiring individual Section 4(f) Evaluations; Programmatic Section 4(f)s do not require the 45-day circulation and comment period.*

**Attachment Five**

true no matter how small the amount of property incorporated is; no matter what type of transportation project is being proposed; no matter what level of NEPA documentation is required (EA, CEE, or EIS); regardless of whether the property is from an historic site, archeological site that qualifies for preservation in place, public park, public recreation area, or wildlife and waterfowl refuge; and regardless of whether the proposed project qualifies as a Programmatic Section 4(f). (See *Section VIII* for more details regarding Programmatic Section 4(f) Evaluations.)

The second type of actual use, the **temporary** occupancy of Section 4(f) property, such as construction easements, will constitute a "use" unless **all** of the following conditions are met:

- The duration of the use is temporary (i.e., less than the construction period) and there is no change in the ownership of the land;

- The scope of the work is minor, i.e. both the nature and the magnitude of the changes to the Section 4(f) resource are minimal;

- There are no permanent, adverse physical impacts anticipated and no interference with the activities or purposes of the resource on either a temporary or permanent basis;

- The land being used is fully restored to a condition equal to or better than that which existed prior to the project;

- There is a written agreement with the appropriate Federal, State, or local official(s) having jurisdiction over the resource regarding the conditions listed above. (For historic and archaeological sites, written agreement would come from the SHPO.)

If all of these conditions are satisfied, there is no actual use of the Section 4(f) property. If one or more of the conditions is not met, there is an actual use. At this point, the existence of a Total Avoidance Alternative must be assessed. If there is no Feasible and Prudent Total Avoidance Alternative, the Section 4(f) Alternatives Analysis as described in *Sections VI, VII and VIII* will need to be performed.

### 2. CONSTRUCTIVE USE

Even activities which do not require an actual physical incorporation of property from Section 4(f) resources are governed by Section 4(f) if the activities create sufficiently serious impacts that would substantially impair the value of the site in terms of its prior significance and enjoyment. According to FHWA's regulations, substantial impairment occurs only when the protected activities, features, or attributes of the resource are substantially diminished. The degree of impairment should be determined in consultation with the officials having

## GENERAL SCOPE

All design work shall be performed in accordance with the latest information and/or procedures described in PennDOT's Design Manuals and Circular Letters.

Develop memos of all meetings and/or appropriate telephone conversations and provide the District with one copy of the same to each Department attendee.

Any design restrictions imposed by the Consultant on their design efforts shall be shown up front in Technical Proposal, if none, so state.

Subconsultants' names and work shall be shown up front in Technical Proposal and Price Proposal and cross referenced to District's Scope of Work.

All work activities in Consultant proposal to be cross referenced to District's Scope of Work by page and paragraph number.

With the exception of Department's forms, plan sheets and cross section sheets, the Consultant should not anticipate the Department providing any materials, design data or design services such as laboratory testing, computer programming, etc. other than what has been specifically mentioned in this scope of work.

This scope of work reflects major activities involved and is not intended to be in all inclusive detailed description of work involved.

Oral presentations will be required on June 1, 1988. Presentations will be made in Conference Room "A", and should be made by the same personnel that will make the presentations at public meetings.

Presentations will be limited to 45 minutes in length and will be in accordance with the following schedule:

| | |
|---|---|
| Boswell, Yule Jordan Engineering | – 8:30 AM |
| Johnson, Mirmiran, and Thompson | – 10:30 AM |
| Gwin Engineers | – 1:30 PM |

Attachment Six