see att

48
1/24/

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania, CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania, PAUL B. AMBROSE, JOHN G. ENDERS, CHARLES F. RAHAUSER, BETSY RAHAUSER, DOUGLAS A. WARNOCK, U.X. VAGNERINI, THOMAS W. BUNDY, STEPHEN P. BUCHER, ROGER J. ROBERTSON, JAMES A. STRITE, JR., DAVID A. GUTHRIE,<br>　　　　　Plaintiffs<br><br>　　　　　v.<br><br>KEN WYKLE, Administrator, Federal Highway Administration, ROBERT GATZ, Federal Highway Administration,<br>　　　　　Defendants<br><br>　　　　　and<br><br>BRADLEY L. MALLORY, Secretary for The Department of Transportation, Commonwealth of Pennsylvania,<br>　　　　　Intervenor. | CIVIL ACTION NO.<br>1:CV-01-0910<br><br>(Judge Rambo)<br><br><br>FILED<br>HARRISBURG, PA<br><br>JAN 23 2002<br><br>MARY E. D'ANDREA, CLERK<br>PER_____ DEPUTY CLERK |

## ORDER

NOW, this __23__ day of __January__, 2002, upon consideration of defendants' and intervenor's motion to exceed the fifteen-page limit, IT IS HEREBY ORDERED that said motion is granted. Defendants and intervenor may file a brief in support

of their motion for summary judgment which does not exceed ~~sixty-five~~ *fifty* *MtR* pages.

                                                            Rambo, J.

```
               UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       January 23, 2002


  Re:  1:01-cv-00910    Greene/Guilford Envi v. Wykle



  True and correct copies of the attached were mailed by the clerk
  to the following:


      Thomas Alan Linzey, Esq.
      Community Environmental Legal Defense Fund (CELDF)
      2859 Scotland Road
      Chambersburg, PA  17201

      Anne K. Fiorenza, Esq.
      Assistant U.S. Attorney
      U.S. Attorney's Office
      228 Walnut Street
      Suite 217
      Harrisburg, PA  17108



cc:
Judge                          ( / )                    ( ) Pro Se Law Clerk
Magistrate Judge               ( / )                    ( ) INS
U.S. Marshal                   ( )                      ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                        DA of County  ( )   Respondents   ( )
Bankruptcy Court               ( )
Other_____   ( )
                                                  MARY E. D'ANDREA, Clerk
```

DATE: _____1-23-02_____          BY: _____
                                     Deputy Clerk