IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION,** a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania; **CITIZENS FOR PLANNED COMMUNITY GROWTH,** an unincorporated association organized under the laws of the Commonwealth of Pennsylvania; **PAUL B. AMBROSE; JOHN G. ENDERS; CHARLES F. RAHAUSER; BETSY RAHAUSER; DOUGLAS A. WARNOCK, U.X. VAGNERINI; THOMAS W. BUNDY; STEPHEN P. BUCHER; ROGER J. ROBERTSON; JAMES A. STRITE, JR.; and DAVID A. GUTHRIE,** | CIVIL NO. 1:CV-01-0910 |
| **Plaintiffs** | |
| v. |  |
| **KEN WYKLE, Administrator, Federal Highway Administration; and ROBERT GATZ, Federal Highway Administration,** | |
| **Defendants** | |

### ORDER

Before the court is Plaintiffs' motion to supplement the administrative record and for judicial notice of certain documents. Said motion contains references in numbered paragraphs to no less than 61 different documents. However, Plaintiffs' brief in support of their motion does not provide references to the paragraph numbers contained in the motion. The court will not weed through the brief trying to match up the lettered paragraphs with the numbered paragraphs. Accordingly, **IT IS HEREBY ORDERED** that:

(1) On or before February 20, 2002, Plaintiffs shall resubmit their brief in support of the motion to supplement the administrative record and for judicial notice of certain documents;

(2) Said brief shall contain specific paragraph references to the corresponding motion so that the documents are easily identifiable by the court in reading both the motion and the brief.

SYLVIA H. RAMBO
United States District Judge

Dated: February 5, 2002.

2