# In the United States District Court for the Middle District of Pennsylvania

GREENE/GUILFORD ENVIRONMENTAL
ASSOCIATION, a non-profit corporation incorporated
under the laws of the Commonwealth of Pennsylvania,
CITIZENS FOR PLANNED COMMUNITY GROWTH,     :   Civ. No. 1:CV-01-0910
an unincorporated association organized under the laws of
the Commonwealth of Pennsylvania, PAUL B. AMBROSE, :   (Judge Rambo)
JOHN G. ENDERS, CHARLES F. RAHAUSER,
BETSY RAHAUSER, DOUGLAS A. WARNOCK, U.X
VAGNERINI, THOMAS W. BUNDY, STEPHEN P.
BUCHER, ROGER J. ROBERTSON, JAMES A.
STRITE, JR., DAVID A. GUTHRIE

v.

KEN WYKLE, Administrator, Federal Highway
Administration, ROBERT GATZ, Federal
Highway Administration

and

BRADLEY L. MALLORY, Secretary for
The Department of Transportation, Commonwealth
of Pennsylvania
              Defendant-Intervenor

**FILED FEB 1 4 2002 PER ___ HARRISBURG, PA DEPUTY CLERK**

## ORDER

And now, this _14_ Day of February, it is hereby ordered that dispositive motions shall be filed by the parties to this proceeding no later than March 31, 2002.

SYLVIA H. RAMBO,
United States District Judge

Dated: This _14_ Day of February, 2002