(61)
4-01-02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania; CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania; PAUL B. AMBROSE; JOHN G. ENDERS; CHARLES F. RAHAUSER; BETSY RAHAUSER; DOUGLAS A. WARNOCK, U.X. VAGNERINI; THOMAS W. BUNDY; STEPHEN P. BUCHER; ROGER J. ROBERTSON; JAMES A. STRITE, JR.; and DAVID A. GUTHRIE,<br><br>  Plaintiffs<br><br>v.<br><br>KEN WYKLE, Administrator, Federal Highway Administration; and ROBERT GATZ, Federal Highway Administration,<br><br>  Defendants | CIVIL NO. 1:CV-01-0910  |

## ORDER

Upon consideration of Plaintiffs' motion to extend the deadline for filing dispositive motions, **IT IS HEREBY ORDERED THAT** the motion is granted. All dispositive motions <u>and</u> supporting briefs shall be filed no later than December 1, 2002.

SYLVIA H. RAMBO
United States District Judge

Dated: April  /  , 2002.