# ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit Corporation incorporated under the laws of the Commonwealth of Pennsylvania, CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania, PAUL B. AMBROSE, JOHN G. ENDERS, CHARLES F. RAHAUSER, BETSY RAHAUSER, DOUGLAS A. WARNOCK, U.X. VAGNERINI, THOMAS W. BUNDY, STEPHEN P. BUCHER, ROGER J. ROBERTSON, JAMES A. STRITE, JR., DAVID A. GUTHRIE, Plaintiffs, | CIVIL ACTION NO. 1:CV-01-0910 (Judge Rambo) |
| v. | |
| KEN WYKLE, Administrator, Federal Highway Administration, ROBERT GATZ, Federal Highway Administration, Defendants, | |
| and | |
| BRADLEY L. MALLORY, Secretary for The Department of Transportation, Commonwealth of Pennsylvania, Intervenor | |



FILED

APR 0 1 2002

PB

HARRISBURG, PA  DEPUTY CLE

### EXHIBITS TO INTERVENOR'S REPLY TO PLAINTIFFS' ANSWER IN OPPOSITION TO THE MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 1, 2002 ORDER

1. Exhibit A – Internet E-Mail Using Softswitch and Open Addressing Manual.

2. Declaration of John Bachman.

3. Declaration of Colleen M. Brown, P.E.

4.    Declaration of Michael S. Gillespie, P.E.

5.    Declaration of Larry M. King.

6.    Declaration of Christie Perry

7.    Declaration of John L. Rautzahn, P.E.

8.    Declaration of Michael M. Ryan, P.E.

9.    Declaration of Jay W. Smith, P.E.

10.   Declaration of Jeffrey P. Weaver, P.E.

11.   Declaration of Antonia C. Zawisa.

# Pennsylvania Department of Transportation



# Internet E-Mail Using Softswitch and Open Addressing

"Exhibit 1"

**Softswitch** is a software product that allows authorized users to send and receive electronic mail from OfficeVision to Internet users. No attachments, files, or graphics can be sent, notes only. Softswitch authorization can be obtained by contacting the Bureau of Information Systems, User Services Unit. Internet access is not required to use Softswitch.

Two methods of sending Internet E-Mail

## 1. Open Addressing Method

The Open Addressing method must be used when an Internet user is not registered through Softswitch. Once the message has been sent and the recipient has replied they are registered. Please note the user ID assigned by Softswitch, this is the address you need for the registered method.

## 2. Registered Method

Once an Internet user is registered by Softswitch the registered method is used to correspond. The user ID assigned by Softswitch and Inetmail will be the address for correspondence.

**USERID@PENNDOT.STATE.PA.US** will be all PennDot employees E-Mail address. USERID will represent your current racf userid.

To send Internet E-Mail using *Softswitch*

Logon to **CICS**

OFFICE VISION/MVS Main Menu

Select

## OPTION 1.

### PERSONAL SERVICES MENU



```
MPS                        PERSONAL SERVICES


     Type an option number or a fast-path command, then press ENTER

     1    Mail                Work with in-basket items
     2    Notes               Create notes (Recommandation: 11 or fewer recipients)
     3    Messages            Create messages   (Unlimited recipients)
     4    Documents           Create documents  (Unlimited recipients)
     5    File Cabinet        Work with file cabinet items
     6    Stored Documents    Find documents stored in the library
     7    Status              Work with status information
     8    Shared Address Book Work with directory
     9    Patterns            Work with patterns
     10   User Defaults       Work with user defaults
     11   Delegate            Work with Personal Services as delegate



PF1=Help        2=Exit        3=            4=Main Menu  5=           6=Fast Path
PF7=            8=            9=Print      10=          11=          12=Quit

===> 2
MB   b                                                                   24/006
```

From the Personal Services main menu, select *2* for *Note*.
Press *Enter*.

*1*



Before you can send mail to an Internet user, the user must be *registered*. A user is registered when they send you mail first. SoftSwitch will add their name and Internet ID to a list of other registered users. Once a user is registered, anyone with Internet mail access can send to him. However, if this is not possible, you can send a user mail the first time by sending it in *Open Address* mode. It would be wise to include in your correspondence a line asking for the recipient to reply back, thus registering him with SoftSwitch. *Open Address* mode will be explained below.

Under *User ID* type *OPEN* and under *Address* type *ADDRESS*. This will allow you to send mail in the *Open Address* mode. Use this mode ONLY when the recipient has not yet sent you mail. Press *F3* to create the note.

2



This is the way you would send the mail through Open Addressing. The first line of text MUST read *address:* .This tells Softswitch that the Internet address follows. The next line MUST read *to nativename=* . This is where you will type in the persons Internet E-Mail address from their business card or stationary. Note that after *nativename* there are NO SPACES! You MUST type in the Internet E-Mail address **EXACTLY** as it is shown on the business card or letterhead. **ANY** mistakes will make this message undeliverable. The next line MUST read *pn=* . This stands for personal name and you MUST type in ONLY 2 names here. Softswitch is looking for a FIRST NAME and a LAST NAME ONLY! Do NOT use *Mr., Mrs. or Ms.* or any other title. The next line MUST read *address:* . This tells Softswitch that this is the end of the Internet address.

Now you can type the message you want to send. It's a good idea to include in your message your name and location since SoftSwitch will NOT put these in for you. When you are finished, press the F6 or F9 key to send the mail as you normally would.

3



This will give you the *Personal Services* screen you are used to seeing. Next, you will get confirmation in your mailbox that your mail has been sent. This confirmation can take anywhere from a few minutes to a few hours, depending on how many people are using the Internet, Mainframe activity, etc. This is shown on the next page.

4



When you send mail using *Open Addressing*, you will receive confirmation that your mail was sent. Note the 2 new pieces of mail shown above. After you read these, you may delete them.

5

Case 1:01-cv-00910-CCC   Document 88   Filed 04/01/2002   Page 11 of 88

| CMD | RECEIVED | FROM | DOCUMENT NAME | SUBJECT |
|-----|----------|------|---------------|---------|
| ___ | 01/06/98 | POSTMSTR -PDTSFTSW | MEMO 01.06.98 09.57 | DISTRIBUTION STATUS |
| X__ | 01/06/98 | OPEN     -ADDRESS  | APPLICATION RESPONSE | Open Addressing Service |
| ___ | 01/05/98 | GINGRIC  -PADTDSVE | NOTE 10/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 01/05/98 | SHIRLEY  -PADTDSVE | NOTE 01/05/98 07:22: | WordPerfect 7.0 Basic C |
| ___ | 12/31/97 | KKRAUS0  -PADTDSVE | SAB.RFT | SAB instructions |
| ___ | 12/30/97 | KKRAUS0  -PADTDSVE | NOTE 12/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/30/97 | KKRAUS0  -PADTDSVE | NOTE 12/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/30/97 | KKRAUS0  -PADTDSVE | NOTE 10/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/30/97 | KKRAUS0  -PADTDSVE | NOTE 10/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/24/97 | BSHIRLEY -INETMAIL | MEMO 12.24.97 06.49 | Seasons Greetings |
| ___ | 12/23/97 | KKRAUS0  -PADTDSVE | NOTE 12/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/23/97 | MAHONEY  -PADTDSVE | NEWSLTR.RFT | BUILDING NEWSLETTER |
| ___ | 12/19/97 | 710721   -PADTDSVE | NOTE 10/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/18/97 | MOOREJE  -PADTDSVE | NOTE 12/18/97 11:00: | Van run announcement fo |

```
DMDBIB23
Document name....:   DESCRIPTION OF NOTE      IN IN-BASKET
Subject.........:  Open Addressing Service Report
Author..........:  ADDRESS.OPEN
                                              Class.......:
                                          Doctype.....: NOTE




Received from.....: OPEN    -ADDRESS
Received.........: 01/06/98 11:01            Sent........: 01/06/98 09:55

Type an option number or fast path command, then press ENTER
 1 View        3 Send        4 Send with Note          5 Print        7 Store
 8 Reply       9 File       10 Delete     20 Reply with message      22 Export

PF1=Help        2=           3=              4=Main Menu  5=Cmd Line   6=Fast Pa
PF7=            8=           9=             10=Options   11=          12=Quit
DMDE032I Press PF10 for additional options
====>
```

```
        DATE: 01/06/98
        FROM: ADDRESS.OPEN
          TO: PENNDOT -PLOUSE    *PLOUSE, PATTI
     SUBJECT: Open Addressing Service Report


        THE FOLLOWING ADDRESS WAS PROCESSED:

        DOCUMENT FORWARDED TO 1 IN-LINE RECIPIENT(S).




PF1=Help        2=           3=              4=Main Menu  5=Cmd Line
PF7=Backward    8=Forward    9=             10=          11=          6=Fast Path
                                                                     12=Quit
====>                                                                        D
```

The above screens will appear when viewing
the OPEN ADDRESS message

7

```
DMDBIB10                          LIST OF IN-BASKET ITEMS                    Item     1 of
Select the item(s) to work with, then press ENTER
```

| CMD | RECEIVED | FROM | DOCUMENT NAME | SUBJECT |
|-----|----------|------|---------------|---------|
| X__ | 01/06/98 | POSTMSTR - PDTSFTSW | MEMO 01.06.98 09.57 | DISTRIBUTION STATUS |
| ___ | 01/06/98 | OPEN      - ADDRESS | APPLICATION RESPONSE | Open Addressing Service |
| ___ | 01/05/98 | GINGRIC   - PADTDSVE | NOTE 10/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 01/05/98 | SHIRLEY   - PADTDSVE | NOTE 01/05/98 07:22: | WordPerfect 7.0 Basic C |
| ___ | 12/31/97 | KKRAUS0   - PADTDSVE | SAB.RFT | SAB instructions |
| ___ | 12/30/97 | KKRAUS0   - PADTDSVE | NOTE 12/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/30/97 | KKRAUS0   - PADTDSVE | NOTE 10/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/30/97 | KKRAUS0   - PADTDSVE | NOTE 10/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/30/97 | KKRAUS0   - PADTDSVE | NOTE 10/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/24/97 | BSHIRLEY  - INETMAIL | MEMO 12.24.97 06.49 | Seasons Greetings |
| ___ | 12/23/97 | KKRAUS0   - PADTDSVE | NOTE 12/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/23/97 | MAHONEY   - PADTDSVE | NEWSLTR.RFT | BUILDING NEWSLETTER |
| ___ | 12/19/97 | 710721    - PADTDSVE | NOTE 10/22/97 11:04: | CICS ID CHANGOVER... |
| ___ | 12/18/97 | MOOREJE   - PADTDSVE | NOTE 12/18/97 11:00: | Van run announcement fo |

```
PF1=Help        2=             3=             4=Main Menu  5=Cmd Line    6=Fast Path
PF7=Backward    8=Forward      9=            10=          11=           12=Quit

===>                                                                              D
```

8

```
DMDBIB23              DESCRIPTION OF NOTE        IN IN-BASKET
Document name....: MEMO 01.06.98 09.57
Subject..........: DISTRIBUTION STATUS
Author...........: Postmaster                   Class.......:
                                                Doctype.....: NOTE




Received from.....: POSTMSTR-PDTSFTSW
Received..........: 01/06/98 11:01              Sent........: 01/06/98 09:57

Type an option number or fast path command, then press ENTER
 1 View       3 Send       4 Send with Note          5 Print      7 Store
 8 Reply      9 File      10 Delete    20 Reply with message     22 Export

PF1=Help      2=          3=              4=Main Menu  5=Cmd Line   6=Fast Pat
PF7=          8=          9=             10=Options   11=          12=Quit
DMDE032I Press PF10 for additional options
===>
```

```
NNNNNNX006.98 09.57            VIEW NOTE                    Page   1 66
<...:....1....:....2....:....3....:....V...:....5....:....6....:....7....:..
        DATE: 01/06/98
        FROM: .
          TO: PENNDOT -PLOUSE   *PLOUSE, PATTI
     SUBJECT: DISTRIBUTION STATUS


PADTDSVE.PLOUSE   DISTRIBUTION STATUS INFORMATION   01/06/98 09:57:00
==============================================================================

DISTRIBUTION ID: PADTDSVE.PLOUSE.0011
SUBJECT        : testing
DOCUMENT NAME  : NOTE 01/06/98 09:53:16 PLOUSE
DATE  SENT     : 01/06/98          TIME SENT: 09:55:39
==============================================================================

YOUR MAIL WAS SUCCESSFULLY DELIVERED.

PF1=Help        2=          3=            4=Main Menu  5=Cmd Line  6=Fast Pat
PF7=Backward    8=Forward   9=           10=          11=         12=Quit
DMDE062I Top of note
===>
```

The message "Your mail was successfully delivered"
Means the message was sent to the receiving destination successfully


PennDot cannot guarantee the delivery of E-Mail once it is in
the Internet. Any error message received should be evaluated,
addresses verified, checked for spelling, and resubmitted.

10

```
EMMBNV2006.98 09.57              VIEW NOTE              Page   17 06
<...:....1....:....2....:....3....:....V...:....5....:....6....:....7....:....

============================================================================

RECIPIENT       : INETMAIL.00000001
LAST NAME       : Shirley
FIRST NAME      : Bob
MIDDLE INITIAL  :
INITIALS        :
NATIVE NAME     : bshirley1@hotmail.com
COUNTRY         :
ADMD            :
PRMD            :
ORGANIZATION    :
ORG UNIT 1      :
ORG UNIT 2      :
ORG UNIT 3      :
PF1=Help        2=            3=            4=Main Menu  5=Cmd Line   6=Fast Pat
PF7=Backward    8=Forward     9=            10=          11=          12=Quit
                                                                           D
===>
<...:....1....:....2....:....3....:....V...:....5....:....6....:....7....:....
ORG UNIT 3      :
ORG UNIT 4      :
DDA             :
TITLE           :
DESCRIPTION     :
USERDATA        :
STREET          :
TOWN            :
REGION          :
TELEPHONE       :
TELEX           :
FAX             :




PF1=Help        2=            3=            4=Main Menu  5=Cmd Line   6=Fast Path
PF7=Backward    8=Forward     9=            10=          11=          12=Quit
                                                                           D
===>
```

The above screens will appear when viewing
the POSTMASTER OPEN ADDRESS message



When the person replies back to you, Softswitch will deliver the mail just as you are used to seeing it through OfficeVision. Make a note of the persons ID and Address. This is the ID and address you will use to send Internet mail to this person in the future. As was mentioned before, *Open Addressing* is ONLY used to get the person to respond the first time.

**The above screen and following page will appear when the OPEN ADDRESS recipient responses to your message**

12



```
#1 Session A - (24 x 80)

DMD8NT20                      VIEW NOTE                    Page     1 of     1
MEMO 11.24.97 10.00                                       Line     1 to    17
<....:....1....:....2....:....3....:....V....:....5....:....6....:....7....:....
          DATE: 11/24/97
          FROM: INETMAIL.PPLOUSE
            TO: PENNDOT -KKRAUS0  *KRAUSE, KEITH
       SUBJECT: Re: Please Reply to this message...

Received: from HOTMAIL.COM by PDTSFTSW.STATE.PA.US
       (Soft=Switch Central V4L40P2A);
       24 Nov 1997 10:00:32 GMT
Received: (qmail 29279 invoked by uid 0); 24 Nov 1997 15:01:09 -0000
Message-ID: <19971124150109.29278.qmail@hotmail.com>
Received: from 164.156.165.192 by www.hotmail.com with HTTP;
       Mon, 24 Nov 1997 07:01:09 PST
X-Originating-IP: [164.156.165.192]
From: "patricia plouse" <pplouse@hotmail.com>
To: KKRAUS0@PENNDOT.STATE.PA.US
Subject: Re: Please Reply to this message...
Content-Type: text/plain
PF1=Help        2=           3=            4=Main Menu   5=Cmd Line   6=Fast Path
PF7=Backward    8=Forward    9=            10=           11=          12=Quit
DMDE062I Top of note
===>
MB     a                                                            24/007
```

This is the header on Internet mail coming into PennDOT. Notice at the top the address is first and the User ID is last. Remember, this is the mail ID and address you will need to use to send Internet mail to this person in the future. All the other information is added by the senders Internet mail provider.

13

# Pennsylvania Department of Transportation



# Internet E-Mail
# Using Softswitch and
# Registered Users

To send Internet E-Mail using *Softswitch*

Logon to **CICS**

OFFICE VISION/MVS Main Menu

Select

## OPTION 1.

### PERSONAL SERVICES MENU



```
MPS                         PERSONAL SERVICES


     Type an option number or a fast-path command, then press ENTER

     1   Mail               Work with in-basket items
     2   Notes              Create notes (Recommendation: 11 or fewer recipients)
     3   Messages           Create messages   (Unlimited recipients)
     4   Documents          Create documents  (Unlimited recipients)
     5   File Cabinet       Work with file cabinet items
     6   Stored Documents   Find documents stored in the library
     7   Status             Work with status information
     8   Shared Address Book Work with directory
     9   Patterns           Work with patterns
    10   User Defaults      Work with user defaults
    11   Delegate           Work with Personal Services as delegate



   PF1=Help        2=Exit       3=          4=Main Menu  5=          6=Fast Path
   PF7=            8=           9=Print     10=          11=         12=Quit

   ===> 2
   M8    a                                                              24/008
```

Sending Internet mail to *Registered Users* is easier than using the *Open Address* method.  Once someone sends mail to you, they are registered in the Softswitch registry.  When this happens, anyone with Internet Mail authorization can send Internet mail to this person.

1



DMDBNT10                    NOTE      RECIPIENTS              Item    1 of    1

Type the recipients below, then press PF3 to Edit Note

NICKNAME/
LISTNAME    CC USER ID   ADDRESS  USER NAME
              PPLOUSE  INETMAIL

PF1=Help         2=Addr Book  3=Edit Note  4=           5=Cmd Line  6=
PF7=Backward     8=Forward    9=           10=Add Line  11=Del Line 12=Quit
DMDE063I Bottom of recipient list
===>
MB   a                              A                    07/031



This is where you will enter the user ID that Softswitch assigned to your correspondent when they replied to your message.  This ID is **usually** the same as their regular Internet E-mail ID but not always.  So, it is very important when someone replies to your E-mail that you make a note of their returning E-mail ID and address.  The address here will always be INETMAIL.  Press the F3 key to edit the note.



```
DMDBNT00        11/24/97 13:55:14 KKRAUS0     EDIT NOTE           Page    1 of    1
NOTE 11/24/97 13:55:14 KKRAUS0                                   Line    7 to   23
<......:.....1....:.....2....:.....3.....:....V....:.....5....:.....6....:.....7....:.....>
            Date: 11/24/97
            From: Keith Krause                           KKRAUS0  - PADTDSVE
              To:                                         PPLOUSE  - INETMAIL
         Subject: Thanx for the reply...
--------------------------------------------------------------------------------
Patti;
    Thanx for replying to my E-Mail.  Now you are a registered user and can
reeive E-Mail from any authorized PennDOT employee.

Keith_



PF1=Help        2=Recipients 3=File      4=Mark Text  5=Cmd Line   6=Send+Quit
PF7=Backward    8=Forward    9=Send+File 10=Add Line   11=Splt/Join 12=Quit

===>
MB    a                              A                              13/007
```

Here is a copy of the note I am sending.  Note the ID and address on the TO: line.  This is the ID assigned by Softswitch to this particular user.  The Address is always INETMAIL when sending E-Mail to a registered user.  Anyone who is an _authorized_ OfficeVision user can send E-Mail to this person by using this ID and Address.

When you are finished, press the F6 or F9 key to send the mail as you normally would.

3



This will give you the *Personal Services* screen you are used to seeing.
SoftSwitch will now take your message and send it on it's way.  You can now go back
and send more messages or complete your daily tasks.

MPS

## PERSONAL SERVICES

Type an option number or a fast-path command, then press ENTER

| 1 | Mail | Work with in-basket items |
|---|---|---|
|  | Notes | Create notes (Recommendation: 11 or fewer recipients) |
| 3 | Messages | Create messages    (Unlimited recipients) |
| 4 | Documents | Create documents   (Unlimited recipients) |
| 5 | File Cabinet | Work with file cabinet items |
| 6 | Stored Documents | Find documents stored in the library |
| 7 | Status | Work with status information |
| 8 | Shared Address Book | Work with directory |
| 9 | Patterns | Work with patterns |
| 10 | User Defaults | Work with user defaults |
| 11 | Delegate | Work with Personal Services as delegate |

PF1=Help        2=Exit        3=        4=Main Menu   5=        6=Fast Path
PF7=            8=            9=Print    10=          11=       12=Quit

===> 2

Case 1:01-cv-00916-CCC    Document 88    Filed 04/01/2002    Page 26 of 60

DMDBNT10                    **NOTE    RECIPIENTS**                Item ⸱ 1 of

Type the recipients below, then press PF3 to Edit Note

```
NICKNAME/
LISTNAME    CC USER ID   ADDRESS   USER NAME
               open      address
```

DMDBNT00                            **EDIT NOTE**                    Page    1 of
NOTE 11/13/98 10:33:58 WILLDOR                                     Line    7 to    23
<...:....1....:....2....:....3....:....V....:....5....:....:....6....:....:....7....:....:....>
              Date: 11/13/98
              From: Doris Williams                        WILLDOR  - PADTDSVE
                To:                                        OPEN     - ADDRESS
           Subject: please reply
--------------------------------------------------------------------------
address:
to nativename=sumpman@penndot.state.pa.us
pn=mary sumpman
address:
from:  doris williams   willdor@penndot.state.pa.us
to:    mary sumpman     sumpman@penndot.state.pa.us

mary:
    this is a test of the emergency broadcast system.  don't touch that dial
or you will get soapy!!!


PF1=Help       2=Recipients 3=File        4=Mark Text  5=Cmd Line   6=Send+Quit
PF7=Backward   8=Forward    9=Send+File 10=Add Line   11=Splt/Join 12=Quit
DMDE062I Top of note
===>

[F6]

MPS   •

## PERSONAL SERVICES

Type an option number or a fast-path command, then press ENTER

| | | |
|---|---|---|
| 1 | Mail | Work with in-basket items |
| | Notes | Create notes (Recommendation: 11 or fewer recipients) |
| 3 | Messages | Create messages   (Unlimited recipients) |
| 4 | Documents | Create documents   (Unlimited recipients) |
| 5 | File Cabinet | Work with file cabinet items |
| 6 | Stored Documents | Find documents stored in the library |
| 7 | Status | Work with status information |
| 8 | Shared Address Book | Work with directory |
| 9 | Patterns | Work with patterns |
| 10 | User Defaults | Work with user defaults |
| 11 | Delegate | Work with Personal Services as delegate |

PF1=Help        2=Exit        3=        4=Main Menu  5=            6=Fast Path
PF7=            8=        9=Print   10=          11=          12=Quit
DMDE219I Note sent
===>

[F4]

OA    •                    **OfficeVision/MVS Main Menu**

      Type an option number or a fast-path command, then press ENTER

   1    Personal Services        Mail, Notes, Messages, Documents, File
                                  Cabinet, Address Book, Delegate

   2    Calendar                 Appointments, Resources, Telephone Messages,
                                  Distribution Lists, Address Book, Holidays

   3    Bulletin Board           Training, FAX#, WordPerfect Support, Mainframe
                                  Activities, Benefits and Other Employee Info

   4    Shared Address Book      PADOT Employees Directory, Nicknames, Personal
            (SAB)                 Address Book, Distribution Lists


PF1=Help      2=Exit      3=         4=         5=          6=Fast Path
PF7=          8=          9=Print    10=        11=         12=Quit

===>


                                    Choose "1" +[CTRL]

OA                    **OfficeVision/MVS Main Menu**

        Type an option number or a fast-path command, then press ENTER

    1     Personal Services        Mail, Notes, Messages, Documents, File
                                    Cabinet, Address Book, Delegate

    2     Calendar                 Appointments, Resources, Telephone Messages,
                                    Distribution Lists, Address Book, Holidays

    3     Bulletin Board           Training, FAX#, WordPerfect Support, Mainframe
                                    Activities, Benefits and Other Employee Info

    4     Shared Address Book      PADOT Employees Directory, Nicknames, Personal
              (SAB)                Address Book, Distribution Lists


PF1=Help       2=Exit        3=          4=          5=          6=Fast Path
PF7=           8=            9=Print     10=         11=         12=Quit
                                                                        M
===>

MPS                          PERSONAL SERVICES

        Type an option number or a fast-path command, then press ENTER

    1    Mail                  Work with in-basket items
         Notes                 Create notes (Recommendation: 11 or fewer recipients
    3    Messages              Create messages    (Unlimited recipients)
    4    Documents             Create documents   (Unlimited recipients)
    5    File Cabinet          Work with file cabinet items
    6    Stored Documents      Find documents stored in the library
    7    Status                Work with status information
    8    Shared Address Book   Work with directory
    9    Patterns              Work with patterns
   10    User Defaults         Work with user defaults
   11    Delegate              Work with Personal Services as delegate



PF1=Help        2=Exit        3=          4=Main Menu  5=           6=Fast Path
PF7=            8=            9=Print     10=          11=          12=Quit
DMDE219I Note sent
===>

Case 1:01-cv-00910-CCC   Document 68   Filed 04/01/2002   Page 32 of 60

Select the item(s) to work with, then press ENTER

| CMD | RECEIVED | FROM | DOCUMENT NAME | SUBJECT |
|-----|----------|------|---------------|---------|
| X   | 11/13/98 | OPEN     -ADDRESS | APPLICATION RESPONSE | Open Addressing Service |
| _   | 11/13/98 | OPEN     -ADDRESS | APPLICATION RESPONSE | Open Addressing Service |
| ___ | 11/12/98 | FULKIRE  -PADTDSVE | TEAM FACILITATION | |
| ___ | 11/12/98 | FULKIRE  -PADTDSVE | **MESSAGE** | There are 4 seats left |
| ___ | 11/12/98 | BRUNNEL  -PADTDSVE | NOTE 11/12/98 14:38: | Speakers Subcommittee |
| ___ | 11/12/98 | CALENDAR-* | APTRES 11/12/98 13:1 | NLWELSH /Meeting |
| ___ | 11/12/98 | NLWELSH  -PADTDSVE | NOTE 11/12/98 12:53: | MEETING |
| ___ | 11/12/98 | CALENDAR-* | APTNEW 11/12/98 12:5 | NLWELSH /Meeting |
| ___ | 11/12/98 | MSTEELE  -PADTDSVE | FORWARD 11/12/98 09: | |
| ___ | 11/12/98 | MSTEELE  -PADTDSVE | MEMO. | |
| ___ | | | | |

```
DMDBIB23              DESCRIPTION OF NOTE       IN IN-BASKET

Document name....: APPLICATION RESPONSE
Subject..........: Open Addressing Service Report
Author...........: ADDRESS.OPEN                    Class.......:
                                                   Doctype.....: NOTE




Received from.....: OPEN    -ADDRESS
Received..........: 11/13/98 10:27          Sent........: 11/13/98 10:27

Type an option number or fast path command, then press ENTER
   1 View       3 Send        4 Send with Note      5 Print     7 Store
   8 Reply      9 File       10 Delete      20 Reply with message   22 Export

PF1=Help      2=         3=            4=Main Menu  5=Cmd Line    6=Fast Path
PF7=          8=         9=           10=Options   11=           12=Quit
DMDE032I Press PF10 for additional options
===>
```

Case 1:01-cv-00910-CCC   Document 88   Filed 04/04/2002   Page 34 of 60

```
<...:....1....:....2....:....3....:....V....:....5....:....6....:....7....:....
          DATE: 11/13/98
          FROM: ADDRESS.OPEN
            TO: PENNDOT -WILLDOR  *WILLIAMS, DORIS
       SUBJECT: Open Addressing Service Report


       THE FOLLOWING ADDRESS WAS PROCESSED:


       DOCUMENT FORWARDED TO 1 IN-LINE RECIPIENT(S).
```

PF1=Help      2=          3=             4=Main Menu  5=Cmd Line    6=Fast Path
PF7=Backward  8=Forward   9=            10=          11=           12=Quit

===>

Case 1:01-cv-00310-CCC    Document 33    Filed 04/04/2002    Page 35 of 60

Select the item(s) to work with, then press ENTER

| CMD | RECEIVED | FROM | DOCUMENT NAME | SUBJECT |
|-----|----------|------|---------------|---------|
| √ | 11/13/98 | POSTMSTR-PDTSFTSW | MEMO 11.13.98 10.28 | DISTRIBUTION STATUS |
| — | 11/13/98 | OPEN    -ADDRESS | APPLICATION RESPONSE | Open Addressing Service |
| — | 11/13/98 | OPEN    -ADDRESS | APPLICATION RESPONSE | Open Addressing Service |
| — | 11/12/98 | FULKIRE -PADTDSVE | TEAM FACILITATION | |
| — | 11/12/98 | FULKIRE -PADTDSVE | **MESSAGE** | There are 4 seats left |
| — | 11/12/98 | BRUNNEL -PADTDSVE | NOTE 11/12/98 14:38: | Speakers Subcommittee |
| — | 11/12/98 | CALENDAR-* | APTRES 11/12/98 13:1 | NLWELSH /Meeting |
| — | 11/12/98 | NLWELSH -PADTDSVE | NOTE 11/12/98 12:53: | MEETING |
| — | 11/12/98 | CALENDAR-* | APTNEW 11/12/98 12:5 | NLWELSH /Meeting |
| — | 11/12/98 | MSTEELE -PADTDSVE | FORWARD 11/12/98 09: | |
| — | | | | |

Case 1:01-cv-00910-GGG    Document 88    Filed 04/01/2002    Page 36 of 60

`<...:....1....:....2....:....3....:....V....:....5....:....6....:....7....:....`
```
            DATE: 11/13/98
            FROM: .
              TO: PENNDOT -WILLDOR  *WILLIAMS, DORIS
         SUBJECT: DISTRIBUTION STATUS


PADTDSVE.WILLDOR   DISTRIBUTION STATUS INFORMATION   11/13/98 10:28:00
=====================================================================

DISTRIBUTION ID: PADTDSVE.WILLDOR.0018
SUBJECT        : PLEASE REPLY
DOCUMENT NAME  : NOTE 11/13/98 10:25:15 WILLDOR
DATE  SENT     : 11/13/98        TIME SENT: 10:27:06
=====================================================================

YOUR MAIL WAS SUCCESSFULLY DELIVERED.

PF1=Help      2=          3=          4=Main Menu  5=Cmd Line   6=Fast Path
PF7=Backward  8=Forward   9=          10=          11=          12=Quit
                                                                      M

   ===>
```

DMDBIB10 ⬤ **LIST OF IN-BASKET ITEMS** ⬤    Item    1 of    110

Select the item(s) to work with, then press ENTER

| CMD | RECEIVED | FROM | DOCUMENT NAME | SUBJECT |
|-----|----------|------|---------------|---------|
| — | 11/13/98 | CWBROWN -PENNDOT | REPLY 11/13/98 10:30 | PLEASE REPLY |
| — | 11/13/98 | POSTMSTR-PDTSFTSW | MEMO 11.13.98 10.28 | DISTRIBUTION STATUS |
| — | 11/13/98 | OPEN    -ADDRESS | APPLICATION RESPONSE | Open Addressing Service |
| — | 11/13/98 | OPEN    -ADDRESS | APPLICATION RESPONSE | Open Addressing Service |
| — | 11/12/98 | FULKIRE -PADTDSVE | TEAM FACILITATION | |
| — | 11/12/98 | FULKIRE -PADTDSVE | **MESSAGE** | There are 4 seats left |
| — | 11/12/98 | BRUNNEL -PADTDSVE | NOTE 11/12/98 14:38: | Speakers Subcommittee |
| — | 11/12/98 | CALENDAR-* | APTRES 11/12/98 13:1 | NLWELSH /Meeting |
| — | 11/12/98 | NLWELSH -PADTDSVE | NOTE 11/12/98 12:53: | MEETING |
| — | 11/12/98 | CALENDAR-* | APTNEW 11/12/98 12:5 | NLWELSH /Meeting |

Case 1:01-cv-00910-CCC   Document 68   Filed 04/01/2002   Page 38 of 60

```
DMDBNT20                        VIEW NOTE            Page   1 of   1
REPLY 11/13/98 10:30:09 CWBROWN                      Line   1 to  17
<...:....1....:....2....:....3....:....V....:....5....:....6....:....7....:...>
            DATE: 11/13/98
            FROM: PENNDOT.CWBROWN
              TO: PENNDOT -WILLDOR  *WILLIAMS, DORIS
         SUBJECT: PLEASE REPLY

      Reference: Your note of 11/13/98 10:28
----------------------------------------------------------------------------
you are so corny




PF1=Help         2=          3=          4=Main Menu  5=Cmd Line   6=Fast Path
PF7=Backward     8=Forward   9=         10=          11=          12=Quit

  ===>
```

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL :
ASSOCIATION, a non-profit :
Corporation incorporated under the :
laws of the Commonwealth of :
Pennsylvania, CITIZENS FOR PLANNED :
COMMUNITY GROWTH, an unincorporated :
association organized under the :
laws of the Commonwealth of : CIVIL ACTION NO.
Pennsylvania, PAUL B. AMBROSE, :  1:CV-01-0910
JOHN G. ENDERS, CHARLES F. :
RAHAUSER, BETSY RAHAUSER, DOUGLAS : (Judge Rambo)
A. WARNOCK, U.X. VAGNERINI, THOMAS :
W. BUNDY, STEPHEN P. BUCHER, :
ROGER J. ROBERTSON, JAMES A. :
STRITE, JR., DAVID A. GUTHRIE, :
    Plaintiffs, :
     :
   v. :
     :
KEN WYKLE, Administrator, Federal :
Highway Administration, ROBERT :
GATZ, Federal Highway :
Administration, :
    Defendants, :
     :
   and :
     :
BRADLEY L. MALLORY, Secretary for :
The Department of Transportation, :
Commonwealth of Pennsylvania, :
    Intervenor :

DECLARATION OF JOHN BACHMAN

  John Bachman, declares and says:

  1. I am presently a Highway Design Manager for the
Pennsylvania Department of Transportation's District 8-0 office.
I have held this position since the fall of 1999.

"Exhibit 2"

2.   As Highway Design Manager, I manage projects designed by consultants.  The I-81 Interchange project is one of these projects.  I also supervise 3 project Managers and their supporting staff.

3.   Prior to the fall of 1999, I did not have an active role in the I-81 Interchange project.

4.   I have never used the CICS e-mail system for any project.

5.   I have never directed any of my staff to send any e-mails on the CICS e-mail system on my behalf for the I-81 Interchange project located in Franklin County, Pennsylvania.

I declare under penalty of perjury and pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.  Executed on this ₂₇ day of March, 2002.

_John M. Bachman_
John Bachman

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL          :
ASSOCIATION, a non-profit              :
Corporation incorporated under the     :
laws of the Commonwealth of            :
Pennsylvania, CITIZENS FOR PLANNED      :
COMMUNITY GROWTH, an unincorporated     :
association organized under the        :
laws of the Commonwealth of            :   CIVIL ACTION NO.
Pennsylvania, PAUL B. AMBROSE,         :     1:CV-01-0910
JOHN G. ENDERS, CHARLES F.             :
RAHAUSER, BETSY RAHAUSER, DOUGLAS       :   (Judge Rambo)
A. WARNOCK, U.X. VAGNERINI, THOMAS      :
W. BUNDY, STEPHEN P. BUCHER,           :
ROGER J. ROBERTSON, JAMES A.           :
STRITE, JR., DAVID A. GUTHRIE,         :
            Plaintiffs,                :
                                       :
            v.                         :
                                       :
KEN WYKLE, Administrator, Federal       :
Highway Administration, ROBERT         :
GATZ, Federal Highway                  :
Administration,                        :
            Defendants,                :
                                       :
            and                        :
                                       :
BRADLEY L. MALLORY, Secretary for       :
The Department of Transportation,       :
Commonwealth of Pennsylvania,          :
            Intervenor                 :

DECLARATION OF COLLEEN M. BROWN, P.E.


        Colleen M. Brown, P.E., declares and says:

        1.   I am a Project Development Engineer for the Highway
Quality Assurance Division of the Pennsylvania Department of
Transportation's Bureau of Design.  I have held this position
since Fall of 1997.

"Exh. 3"

2.    As the Project Development Engineer, my responsibilities with respect to the I-81 Interchange project included:  the review of environmental documents and the preliminary design and coordination activities between FHWA and the Department.

3.    I have never used the CICS e-mail system for any project.

4.    I have never directed any of my staff to send any e-mails on the CICS e-mail system on my behalf for the I-81 Interchange project located in Franklin County, Pennsylvania.

I declare under penalty of perjury and pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.  Executed on this _22nd_ day of March, 2002.

_Colleen M Brown_
Colleen M. Brown, P.E.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL          :
ASSOCIATION, a non-profit              :
Corporation incorporated under the     :
laws of the Commonwealth of            :
Pennsylvania, CITIZENS FOR PLANNED     :
COMMUNITY GROWTH, an unincorporated    :
association organized under the        :
laws of the Commonwealth of            :   CIVIL ACTION NO.
Pennsylvania, PAUL B. AMBROSE,         :     1:CV-01-0910
JOHN G. ENDERS, CHARLES F.             :
RAHAUSER, BETSY RAHAUSER, DOUGLAS      :   (Judge Rambo)
A. WARNOCK, U.X. VAGNERINI, THOMAS     :
W. BUNDY, STEPHEN P. BUCHER,           :
ROGER J. ROBERTSON, JAMES A.           :
STRITE, JR., DAVID A. GUTHRIE,         :
              Plaintiffs,              :
                                       :
                                       :
                v.                     :
                                       :
                                       :
KEN WYKLE, Administrator, Federal      :
Highway Administration, ROBERT         :
GATZ, Federal Highway                  :
Administration,                        :
              Defendants,              :
                                       :
                                       :
                and                    :
                                       :
                                       :
BRADLEY L. MALLORY, Secretary for      :
The Department of Transportation,      :
Commonwealth of Pennsylvania,          :
              Intervenor               :


DECLARATION OF MICHAEL S. GILLESPIE, P.E.


        Michael S. Gillespie, P.E., declares and says:

        1.    I am the Portfolio Manager for Design for the
Pennsylvania Department of Transportation's District 8-0.  I
have held this position since October 30, 1999.

"Exh. 4"

2.    As the Portfolio Manager for Design, my
responsibilities with respect to the I-81 Interchange project
included:  updating the project schedule on a quarterly basis in
regularly scheduled District project status meetings.

3.    From July, 1999 to October 30, 1999, I was the
District Design Services Engineer and I also acted part-time as
the Assistant District Engineer for Design on a rotational basis
with Jeffrey P. Weaver, P.E.

4.    As the District Design Services Engineer and part-time
Assistant District Engineer for Design, my responsibilities with
respect to the I-81 Interchange project included: participation
in a quarterly design status meetings at which the project
managers discussed all the projects that were under preliminary
or final design in District 8-0.  The I-81 Interchange project
would have been discussed at these meetings in a summary
fashion.

5.    From November 1, 1997 to October 30, 1999, I was the
District Design Services Engineer.

6.    As the District Design Services Engineer, my
responsibilities with respect to the I-81 Interchange project
included: responsibility for the District's Environmental Unit
and other service units.  At this position, I participated in a
quarterly design status meetings at which the project managers
discussed all the projects that were under preliminary or final
design in District 8-0.  The I-81 Interchange project would have
been discussed at these meetings in a summary fashion.  At this
position, I did not participate actively in the I-81 Interchange
project, i.e., I was not involved in the PennDOT decision-making
process for the project.  I did not participate in any project
specific meetings with regard to the I-81 Interchange project.

7.    From February, 1992 to November 1997, I was the
Planning and Programming Engineer.

8.    As the Planning and Programming Engineer,  my
responsibilities with respect to the I-81 Interchange project
included: responsibility for programming the Twelve Year Program
on a bi-annual basis.  At this position, I participated in a
quarterly design status meetings at which the project managers
discussed all the projects that were under preliminary or final
design in District 8-0.  The I-81 Interchange project would have
been discussed at these meetings in a summary fashion.  I did
not participate in any project specific meetings with regard to

the I-81 Interchange project. At this position, I did not participate actively in the I-81 Interchange project, i.e., I was not involved in the PennDOT decision-making process for the project.

9.    From January 1986 to February ,1992 I was the Assistant District Traffic Engineer.

10.   As the Assistant District Traffic Engineer, my responsibilities with respect to the I-81 Interchange project included: review preliminary traffic control plans.

11.   I have used the CICS e-mail system since February of 1992. I have no messages saved which relate to the I-81 Interchange project located in Franklin County, Pennsylvania.

I declare under penalty of perjury and pursuant to 28 U.S.C. 1746 that the foregoing is true and correct. Executed on this 29th day of March, 2002.

_Michael A. Gillespie_
Michael S. Gillespie, P.E.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit Corporation incorporated under the laws of the Commonwealth of Pennsylvania, CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania, PAUL B. AMBROSE, JOHN G. ENDERS, CHARLES F. RAHAUSER, BETSY RAHAUSER, DOUGLAS A. WARNOCK, U.X. VAGNERINI, THOMAS W. BUNDY, STEPHEN P. BUCHER, ROGER J. ROBERTSON, JAMES A. STRITE, JR., DAVID A. GUTHRIE, Plaintiffs, | : : : : : : : : : : : : : : : : : : : | CIVIL ACTION NO. 1:CV-01-0910 (Judge Rambo) |
| v. | : | |
| KEN WYKLE, Administrator, Federal Highway Administration, ROBERT GATZ, Federal Highway Administration, Defendants, | : : : : : | |
| and | : | |
| BRADLEY L. MALLORY, Secretary for The Department of Transportation, Commonwealth of Pennsylvania, Intervenor | : : : : | |

DECLARATION OF LARRY M. KING

Larry M. King, declares and says:

1.   I am the Deputy Secretary for Planning for the Pennsylvania Department of Transportation ("PennDOT").  I have held this position since December of 1991.

2.   I have never used the CICS e-mail system for any

"Exh. 5"

project.

      3.    I have never directed any of my staff to send any e-mails on the CICS e-mail system on my behalf for the I-81 Interchange project located in Franklin County, Pennsylvania.

I declare under penalty of perjury and pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.  Executed on this _____ day of March, 2002.

Larry M. King

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL          :
ASSOCIATION, a non-profit              :
Corporation incorporated under the     :
laws of the Commonwealth of            :
Pennsylvania, CITIZENS FOR PLANNED      :
COMMUNITY GROWTH, an unincorporated     :
association organized under the        :
laws of the Commonwealth of            :  CIVIL ACTION NO.
Pennsylvania, PAUL B. AMBROSE,         :    1:CV-01-0910
JOHN G. ENDERS, CHARLES F.             :
RAHAUSER, BETSY RAHAUSER, DOUGLAS       :  (Judge Rambo)
A. WARNOCK, U.X. VAGNERINI, THOMAS      :
W. BUNDY, STEPHEN P. BUCHER,           :
ROGER J. ROBERTSON, JAMES A.           :
STRITE, JR., DAVID A. GUTHRIE,         :
            Plaintiffs,                :
                                       :
            v.                         :
                                       :
KEN WYKLE, Administrator, Federal       :
Highway Administration, ROBERT          :
GATZ, Federal Highway                  :
Administration,                        :
            Defendants,                :
                                       :
            and                        :
                                       :
BRADLEY L. MALLORY, Secretary for       :
The Department of Transportation,       :
Commonwealth of Pennsylvania,          :
            Intervenor                 :

DECLARATION OF CHRISTIE PERRY

        Christie Perry, declares and says:

        1.   I am the Environmental Manager for the Pennsylvania
Department of Transportation's District 8-0 office.  I have held
this position since March 10, 1983.

"Exh. 6"

2.     As the Environmental Manager, my responsibilities with respect to the I-81 Interchange project included the following. I worked as a member of the selection committee for the consultant selection process and reviewing the consultants' scopes of work for the project. I was a member of the engineering, environmental scoping team, which determined the appropriate level of environmental action and technical analysis based on information available at the time. I was a member of the Cultural Resources, Farmland/Secondary Impacts, and Public Information /Involvement groups which suggested to the Internal Management Team the timing and appropriateness of activities and technical documentation required for these topics. I was a member of the Internal Management Team that guided the day-to-day operations for the project. I reviewed the handouts and displays for meetings along with other District 8-0 staff. I attended the public meetings and public hearings for the project as a technical advisor, if required. I attended the Municipal Coordination Committee meetings to answer questions. I was the initial reviewer and provided comments for revision for some of the technical reports and environmental documents prepared by consultant staff. I was a concurrent reviewer with district staff, Central Office staff, and FHWA staff on some documents. I was one of the staff that reviewed the comments that were received from state and federal agencies, municipalities, organizations and citizens and helped PennDOT Central Office and FHWA develop answers to some of the concerns. I worked with FHWA staff and the Pennsylvania Historic and Museum staff to develop mitigation measures for the historic resources.

3.     I have never used the CICS e-mail system for this project.

4.     I have never directed any of my staff to send any e-mails on the CICS e-mail system on my behalf for the I-81 Interchange project located in Franklin County, Pennsylvania.

I declare under penalty of perjury and pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.  Executed on this _____ day of March, 2002.


_____
Christie Perry

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit Corporation incorporated under the laws of the Commonwealth of Pennsylvania, CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania, PAUL B. AMBROSE, JOHN G. ENDERS, CHARLES F. RAHAUSER, BETSY RAHAUSER, DOUGLAS A. WARNOCK, U.X. VAGNERINI, THOMAS W. BUNDY, STEPHEN P. BUCHER, ROGER J. ROBERTSON, JAMES A. STRITE, JR., DAVID A. GUTHRIE, Plaintiffs, v. KEN WYKLE, Administrator, Federal Highway Administration, ROBERT GATZ, Federal Highway Administration, Defendants, and BRADLEY L. MALLORY, Secretary for The Department of Transportation, Commonwealth of Pennsylvania, Intervenor | CIVIL ACTION NO. 1:CV-01-0910 (Judge Rambo) |

DECLARATION OF JOHN L. RAUTZAHN, P.E.

John L. Rautzahn, P.E., declares and says:

1.   From 1991 through June, 1999, I was the Assistant District Engineer for Design for the Pennsylvania Department of Transportation's District 8-0.

"Exh. 7 "

2.    As Assistant District Engineer, my responsibilities with respect to the I-81 Interchange project included:  active participation in meetings related to the design of the project.

3.    Prior to being the Assistant District Engineer, my position was Project Development Engineer.  At this position, I oversaw all planning and design projects performed within the district and by consultants.  The I-81 Interchange project was one of the projects that I managed.

4.    During my employment at District 8-0, I have never used the CICS e-mail system for any project.

5.    During my employment at District 8-0, I have never directed any of my staff to send any e-mails on the CICS e-mail system on my behalf for the I-81 Interchange project located in Franklin County, Pennsylvania.

I declare under penalty of perjury and pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.  Executed on this 27 day of March, 2002.

John L. Rautzahn, P.E.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit Corporation incorporated under the laws of the Commonwealth of Pennsylvania, CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania, PAUL B. AMBROSE, JOHN G. ENDERS, CHARLES F. RAHAUSER, BETSY RAHAUSER, DOUGLAS A. WARNOCK, U.X. VAGNERINI, THOMAS W. BUNDY, STEPHEN P. BUCHER, ROGER J. ROBERTSON, JAMES A. STRITE, JR., DAVID A. GUTHRIE, Plaintiffs, | : : : : : : : : : : : : : : : : : : | CIVIL ACTION NO. 1:CV-01-0910 (Judge Rambo) |
| v. | : : | |
| KEN WYKLE, Administrator, Federal Highway Administration, ROBERT GATZ, Federal Highway Administration, Defendants, | : : : : : : | |
| and | : : | |
| BRADLEY L. MALLORY, Secretary for The Department of Transportation, Commonwealth of Pennsylvania, Intervenor | : : : : | |

DECLARATION OF MICHAEL M. RYAN, P.E.

Michael M. Ryan, P.E., declares and says:

1.   I am the Deputy Secretary for Highway Administration for the Pennsylvania Department of Transportation ("PennDOT"). I have officially held this position since 1995.

"Exh. 8"

2.    My responsibilities with respect to the I-81 Interchange project included:  occasionally attending meetings or participating in conference calls involving the District 8-0 staff, Bureau of Design staff, and/or consultants; and offering advise to District 8-0 staff.

3.    I have never used the CICS e-mail system for any project.

4.    I have never directed any of my staff to send any e-mails on the CICS e-mail system on my behalf for the I-81 Interchange project located in Franklin County, Pennsylvania.

I declare under penalty of perjury and pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.  Executed on this _____ day of March, 2002.

_____, 3/22/02
        Michael M. Ryan, P.E.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL        :
ASSOCIATION, a non-profit            :
Corporation incorporated under the   :
laws of the Commonwealth of          :
Pennsylvania, CITIZENS FOR PLANNED   :
COMMUNITY GROWTH, an unincorporated  :
association organized under the      :
laws of the Commonwealth of          :    CIVIL ACTION NO.
Pennsylvania, PAUL B. AMBROSE,       :     1:CV-01-0910
JOHN G. ENDERS, CHARLES F.           :
RAHAUSER, BETSY RAHAUSER, DOUGLAS    :    (Judge Rambo)
A. WARNOCK, U.X. VAGNERINI, THOMAS   :
W. BUNDY, STEPHEN P. BUCHER,         :
ROGER J. ROBERTSON, JAMES A.         :
STRITE, JR., DAVID A. GUTHRIE,       :
            Plaintiffs,              :
                                     :
                                     :
            v.                       :
                                     :
                                     :
KEN WYKLE, Administrator, Federal    :
Highway Administration, ROBERT       :
GATZ, Federal Highway                :
Administration,                      :
            Defendants,              :
                                     :
            and                      :
                                     :
                                     :
BRADLEY L. MALLORY, Secretary for    :
The Department of Transportation,    :
Commonwealth of Pennsylvania,        :
            Intervenor               :


DECLARATION OF JAY W. SMITH, P.E.


     Jay W. Smith, P.E., declares and says:

     1.   I am presently the Chief for the Highway Quality
Assurance Division of the Pennsylvania Department of
Transportation's Bureau of Design.  I have held this position
since August 1998.  As Chief, I had no direct responsibilities

"Exh. 9"

with the I-81 Interchange Project other than supervising the Project Development Engineer involved in the Project.

2.    From 1987 to 1998, I was a Project Development Engineer for the Highway Quality Assurance Division of the Bureau of Design.  As the Project Development Engineer, my responsibilities with respect to the I-81 Interchange project included:  The review of environmental documents, preliminary design and coordination activities between FHWA and the Department.

3.    I have never used the CICS e-mail system for any project.

4.    I have never directed any of my staff to send any e-mails on the CICS e-mail system on my behalf for the I-81 Interchange project located in Franklin County, Pennsylvania.

I declare under penalty of perjury and pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.  Executed on this 22nd day of March, 2002.

_____
Jay W. Smith, P.E.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL          :
ASSOCIATION, a non-profit              :
Corporation incorporated under the     :
laws of the Commonwealth of            :
Pennsylvania, CITIZENS FOR PLANNED      :
COMMUNITY GROWTH, an unincorporated     :
association organized under the        :
laws of the Commonwealth of            :    CIVIL ACTION NO.
Pennsylvania, PAUL B. AMBROSE,         :      1:CV-01-0910
JOHN G. ENDERS, CHARLES F.             :
RAHAUSER, BETSY RAHAUSER, DOUGLAS       :    (Judge Rambo)
A. WARNOCK, U.X. VAGNERINI, THOMAS      :
W. BUNDY, STEPHEN P. BUCHER,           :
ROGER J. ROBERTSON, JAMES A.           :
STRITE, JR., DAVID A. GUTHRIE,         :
            Plaintiffs,                 :
                                       :
                                       :
            v.                          :
                                       :
KEN WYKLE, Administrator, Federal       :
Highway Administration, ROBERT          :
GATZ, Federal Highway                   :
Administration,                         :
            Defendants,                 :
                                       :
            and                         :
                                       :
BRADLEY L. MALLORY, Secretary for       :
The Department of Transportation,       :
Commonwealth of Pennsylvania,           :
            Intervenor                  :


DECLARATION OF JEFFREY P. WEAVER, P.E.


       Jeffrey P. Weaver, P.E., declares and says:

       1.    I am the Assistant District Engineer for Design for
the Pennsylvania Department of Transportation's District 8-0.   I
have held this position since October 30, 1999.

"Exh. 10"

2.   As the Assistant District Engineer for Design, my responsibilities with respect to the I-81 Interchange project included:  participation in meetings related to the design of the project and preparation for, and participation in, the ALCAB hearing for the project.

3.   From July, 1999 to October 30, 1999, I was the District Design Portfolio Manager and I also acted part-time as the Assistant District Engineer for Design on a rotational basis with Michael S. Gillespie, P.E.

4.   As the District Design Portfolio Manager and part-time Assistant District Engineer for Design, my responsibilities with respect to the I-81 Interchange project included: participation in project related meetings.

5.   From July, 1997 to July, 1999, I was the District Project Development Engineer.

6.   As the District Project Development Engineer, my responsibilities with respect to the I-81 Interchange project included: occasionally participated in project specific meetings for the I-81 Interchange project.  At this position, I regularly participated in a quarterly design status meetings at which the project managers discussed all the projects that were under preliminary or final design in District 8-0.  The I-81 Interchange project would have been discussed at these meetings in a summary fashion.  I did not participate in a project specific meeting on the I-81 Interchange until February 25, 1998.

7.   From December, 1991 to July, 1997, I was the District Design Services Engineer.

8.   As the District Design Services Engineer,  my responsibilities with respect to the I-81 Interchange project included: responsibility for the District's Environmental Unit. At this position, I regularly participated in a quarterly design status meetings at which the project managers discussed all the projects that were under preliminary or final design in District 8-0.  The I-81 Interchange project would have been discussed at these meetings in a summary fashion.  At this position, I did not participate actively in the I-81 Interchange project, i.e., I was not involved in the PennDOT decision-making process for the project.

9.    From July, 1984 to December, 1991, I was the District Planning and Programming Engineer.

10.    As the District Planning and Programming Engineer, my responsibilities with respect to the I-81 Interchange project included: coordination of the development of the overall Twelve Year Program for the District.  At this position, I participated in a quarterly design status meetings at which the project managers discussed all the projects that were under preliminary or final design in District 8-0.  The I-81 Interchange project would have been discussed at these meetings in a summary fashion.  At this position, I did not participate actively in the I-81 Interchange project, i.e., I was not involved in the PennDOT decision-making process for the project.

11.    I have used the CICS e-mail system from 1990 or earlier until December, 2001.  From November 22, 1996 until April 27, 2001, I was in the habit of saving messages sent and received. I have saved 724 messages on the CICS e-mail system during this time period, none of which relate to the I-81 Interchange project located in Franklin County, Pennsylvania. Prior to November 22, 1996, I have two saved messages, neither one of which relates to the I-81 Interchange project. Subsequent to April 27, 2001, I have two saved messages, neither one of which relates to the I-81 Interchange project.

I declare under penalty of perjury and pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.  Executed on this 27 day of March, 2002.

Jeffrey P Weaver, P.E.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL          :
ASSOCIATION, a non-profit              :
Corporation incorporated under the     :
laws of the Commonwealth of            :
Pennsylvania, CITIZENS FOR PLANNED     :
COMMUNITY GROWTH, an unincorporated    :
association organized under the        :
laws of the Commonwealth of            :   CIVIL ACTION NO.
Pennsylvania, PAUL B. AMBROSE,         :     1:CV-01-0910
JOHN G. ENDERS, CHARLES F.             :
RAHAUSER, BETSY RAHAUSER, DOUGLAS      :   (Judge Rambo)
A. WARNOCK, U.X. VAGNERINI, THOMAS     :
W. BUNDY, STEPHEN P. BUCHER,           :
ROGER J. ROBERTSON, JAMES A.           :
STRITE, JR., DAVID A. GUTHRIE,         :
          Plaintiffs,                  :
                                       :
          v.                           :
                                       :
KEN WYKLE, Administrator, Federal      :
Highway Administration, ROBERT         :
GATZ, Federal Highway                  :
Administration,                        :
          Defendants,                  :
                                       :
          and                          :
                                       :
BRADLEY L. MALLORY, Secretary for      :
The Department of Transportation,      :
Commonwealth of Pennsylvania,          :
          Intervenor                   :


DECLARATION OF ANTONIA C. ZAWISA


     Antonia C. Zawisa, declares and says:


     1.   I am a District Environmental Specialist for the
Pennsylvania Department of Transportation's Bureau of Design.  I
have held this position since March of 2000.

"Exh. 11"

2.    As District Environmental Specialist, my responsibilities with respect to the I-81 Interchange project included: participating as a reviewer of draft and final versions of the Farmland Assessment Report and handouts for the ALCAB Hearing and providing technical assistance during preparation for the ALCAB Hearing. I also attended the ALCAB Hearing.

3.    From 1993 through March of 2000, I was an Environmental Planning Supervisor with PennDOT's Bureau of Environmental Quality.

4.    As an Environmental Planning Supervisor, my responsibilities with respect to the I-81 Interchange project included: participating as project team member; attending some team meetings; providing technical assistance on issues regarding farmland impacts; and reviewing the Farmland Technical Basis Report.

5.    I have never used the CICS e-mail system for any project.

6.    I have never directed any of my staff to send any e-mails on the CICS e-mail system on my behalf for the I-81 Interchange project located in Franklin County, Pennsylvania.

I declare under penalty of perjury and pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.  Executed on this ____ day of March, 2002.

Antonia C. Zawisa.