IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania; CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania; PAUL B. AMBROSE; JOHN G. ENDERS; CHARLES F. RAHAUSER; BETSY RAHAUSER; DOUGLAS A. WARNOCK, U.X. VAGNERINI; THOMAS W. BUNDY; STEPHEN P. BUCHER; ROGER J. ROBERTSON; JAMES A. STRITE, JR.; and DAVID A. GUTHRIE,<br><br>          Plaintiffs<br><br>          v.<br><br>KEN WYKLE, Administrator, Federal Highway Administration; and ROBERT GATZ, Federal Highway Administration,<br><br>          Defendants | CIVIL NO. 1:CV-01-0910<br><br>FILED<br>JUN 1 7 2002<br>PER _____<br>HARRISBURG, PA.   DEPUTY CLERK |

### ORDER

Upon consideration of Plaintiffs' motion to file a summary judgment brief in excess of fifteen pages, **IT IS HEREBY ORDERED** that Plaintiffs' may file a brief in excess of fifteen pages, but not to exceed **FIFTY** pages.

                                                            SYLVIA H. RAMBO
                                                            United States District Judge

Dated: June 17, 2002