ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL          :
ASSOCIATION, a non-profit corporation   :
incorporated under the laws of the      :
Commonwealth of Pennsylvania, CITIZENS  :
FOR PLANNED COMMUNITY GROWTH,           :
an unincorporated association organized under  : CIVIL NO. 1:CV-01-0910
the laws of the Commonwealth of Pennsylvania,  : (Judge Rambo)
PAUL B. AMBROSE, JOHN G. ENDERS,        :
CHARLES F. RAHAUSER, BETSY              :
RAHAUSER, DOUGLAS A. WARNOCK,           :
U.X. VAGNERINI, THOMAS W. BUNDY,        :
STEPHEN P. BUCHER, ROGER J.             :                    FILED
ROBERTSON, JAMES A. STRITE, JR.,        :              HARRISBURG, PA
and DAVID A. GUTHRIE,                   :
                      Plaintiffs,       :                  JUN 1 9 2002
                                        :
                                        :              MARY E. D'ANDREA, CLERK
               v.                       :              Per _____
                                        :                      Deputy Clerk
                                        :
KEN WYKLE, Administrator, Federal       :
Highway Administration, ROBERT GATZ,    :
Federal Highway Administration,         :
                      Defendants,       :
                                        :
                And                     :
                                        :
BRADLEY L. MALLORY, Secretary for       :
The Department of Transportation,       :
Commonwealth of Pennsylvania,           :
                      Intervenor.       :

## PLAINTIFFS' UNOPPOSED MOTION FOR A THIRTY DAY EXTENSION
## TO FILE AN ANSWER TO THE JOINT MOTION FOR SUMMARY
## JUDGMENT FILED BY THE DEFENDANTS AND INTERVENOR

AND NOW, come the Plaintiffs in the above captioned case and respectfully request that this Court grant the Plaintiffs' unopposed request for a thirty day extension to file an Answer to the Defendant and Intervenor's Joint Motion for Summary Judgment, for the following reasons:

1. On June 10, 2002, the Defendants and the Intervenor filed a Joint Motion for Summary Judgment. The supporting Brief for the Motion, as per this Court's earlier order, was fifty (50) pages in length.

2. Accompanying the Joint Motion was a thirty-nine (39) page Statement of Material Facts, as required by Local Rule 56.1.

3. Local Rule 7.6 requires all materials filed in opposition to pretrial motions to be filed within fifteen (15) days after service of the movant's brief.

4. Plaintiffs' Answer to the Joint Motion is currently due no later than Tuesday, June 25th.

5. The length of the Brief in support of the Joint Motion, and the two hundred and twenty (220) Statements of Material Fact – which contain references to the Administrative Record – require a comprehensive Answer which cannot be drafted within the time allotted for such a response by the Local Rules.

6.  Plaintiffs project that they will need thirty (30) additional days to file a proper Answer to the Joint Motion and supporting Brief. Such an extension would enable the Plaintiffs to file an Answer no later than July 25, 2002.

7.  On Monday, June 17th, the Plaintiffs contacted legal counsel representing the Defendants and the Intervenor, and requested concurrence with this Motion.

8.  The Defendants and the Intervenor concur with this Motion, and have requested concurrence with their request to be accorded a parallel thirty (30) day extension for the filing of their Answer to the Plaintiffs' Motion for Summary Judgment, once that Motion is filed by the Plaintiffs.

9.  The Plaintiffs have concurred with the Defendants and the Intervenor's request for that thirty (30) day extension.

Therefore, for the reasons outlined in this Motion, the Plaintiffs respectfully request that this Court grant the thirty (30) day extension requested to enable the Plaintiffs to fully respond to the Joint Motion for Summary Judgment filed by the Defendants and the Intervenor.

Dated this 18<u>th</u> Day of <u>June</u>, 2002

Thomas Alan Linzey, Esq.
Community Environmental Legal Defense Fund (CELDF)
2859 Scotland Road
Chambersburg, Pennsylvania 17201

*Counsel for the Plaintiffs*

## Certificate of Service of Process

I, Thomas Alan Linzey, Esq., hereby swear and affirm that I have served the MOTION on the Parties identified below by the following method:

FIRST CLASS MAIL PRE-PAID

The following individuals were served with the MOTION:

Anne Fiorenza, Esq.
Assistant U.S. Attorney
United States Attorneys Office
Federal Building, Suite 217
228 Walnut Street
P.O. Box 11754
Harrisburg, Pennsylvania 17108-1754

Kenda Jo Gardner, Esq.
Assistant Counsel
Pennsylvania Department of Transportation
P.O. Box 8212
Harrisburg, Pennsylvania 17105-8212

I swear and affirm that service of the MOTION was completed this 18th Day of June, 2002.

Signed,

_____
Thomas Alan Linzey, Esq.
Community Environmental Legal Defense Fund (CELDF)
2859 Scotland Road
Chambersburg, Pennsylvania 17201

*Counsel for the Plaintiffs*