

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania, CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania, PAUL B. AMBROSE, JOHN G. ENDERS, CHARLES F. RAHAUSER, BETSY RAHAUSER, DOUGLAS A. WARNOCK, U.X. VAGNERINI, THOMAS W. BUNDY, STEPHEN P. BUCHER, ROGER J. ROBERTSON, JAMES A. STRITE, JR., and DAVID A. GUTHRIE,<br>            Plaintiffs,<br><br>            v.<br><br>KEN WYKLE, Administrator, Federal Highway Administration, ROBERT GATZ, Federal Highway Administration,<br>            Defendants,<br><br>            And<br><br>BRADLEY L. MALLORY, Secretary for The Department of Transportation, Commonwealth of Pennsylvania,<br>            Intervenor. | : CIVIL NO. 1:CV-01-0910<br>: (Judge Rambo)<br> |

# **ORDER**

AND NOW, this __21__ Day of June, 2002, upon consideration of the Plaintiffs' Unopposed Motion for a thirty day extension to file an Answer to the Joint Motion for

6

Summary Judgment, the Motion is hereby granted. The Plaintiffs shall file their Answer to the Joint Motion no later than July 25, 2002.

In addition, the unopposed request by the Defendants and the Intervenor for a thirty (30) day extension to file an Answer to the Plaintiffs' Motion for Summary Judgment is hereby granted. The Defendants and the Intervenor shall file an Answer to the Plaintiffs' Motion for Summary Judgment no later than forty-five (45) days from the date of service of the Plaintiffs' Motion.

Rambo, J.
U.S. District Court for the Middle District of Pennsylvania