UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL
ASSOCIATION, a non-profit corporation
incorporated under the laws of the
Commonwealth of Pennsylvania, CITIZENS
FOR PLANNED COMMUNITY GROWTH,
an unincorporated association organized under
the laws of the Commonwealth of Pennsylvania,
PAUL B. AMBROSE, JOHN G. ENDERS,
CHARLES F. RAHAUSER, BETSY
RAHAUSER, DOUGLAS A. WARNOCK,
U.X. VAGNERINI, THOMAS W. BUNDY,
STEPHEN P. BUCHER, ROGER J.
ROBERTSON, JAMES A. STRITE, JR.,
and DAVID A. GUTHRIE,
          Plaintiffs,

: CIVIL NO. 1:CV-01-0910
: (Judge Rambo)

v.

KEN WYKLE, Administrator, Federal
Highway Administration, ROBERT GATZ,
Federal Highway Administration,
          Defendants,

And

BRADLEY L. MALLORY, Secretary for
The Department of Transportation,
Commonwealth of Pennsylvania,
          Intervenor.



FILED
JUL 1 5 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion to file a Brief in Support of the Plaintiffs' Answer to the Joint Motion for Summary Judgment in excess of fifteen

pages, IT IS HEREBY ORDERED that Plaintiffs may file a Brief in excess of fifteen pages, but not to exceed forty (40) pages

_____
Rambo, J.

Dated this __15__ Day of July, 2002.