

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania; CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania; PAUL B. AMBROSE; JOHN G. ENDERS; CHARLES F. RAHAUSER; BETSY RAHAUSER; DOUGLAS A. WARNOCK, U.X. VAGNERINI; THOMAS W. BUNDY; STEPHEN P. BUCHER; ROGER J. ROBERTSON; JAMES A. STRITE, JR.; and DAVID A. GUTHRIE,<br><br>        Plaintiffs<br><br>    v.<br><br>KEN WYKLE, Administrator, Federal Highway Administration; and ROBERT GATZ, Federal Highway Administration,<br><br>        Defendants | CIVIL NO. 1:CV-01-0910<br><br>FILED<br>JUL 3 0 2002<br>PER _____<br>HARRISBURG, PA.   DEPUTY CLERK |

## ORDER

Upon consideration of Defendants' motion for enlargement of time filed July 25, 2002, said motion is **GRANTED**. Defendants shall file their reply to Plaintiffs' response in opposition to Defendants' joint motion for summary judgment on or before August 19, 2002.

Dated: July 30, 2002

SYLVIA H. RAMBO
United States District Judge