ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL :
ASSOCIATION, a non-profit :
Corporation incorporated under the :
laws of the Commonwealth of :
Pennsylvania, CITIZENS FOR PLANNED :
COMMUNITY GROWTH, an unincorporated :
association organized under the :
laws of the Commonwealth of : CIVIL ACTION NO.
Pennsylvania, PAUL B. AMBROSE, :   1:CV-01-0910
JOHN G. ENDERS, CHARLES F. :
RAHAUSER, BETSY RAHAUSER, DOUGLAS : (Judge Rambo)
A. WARNOCK, U.X. VAGNERINI, THOMAS :
W. BUNDY, STEPHEN P. BUCHER, :
ROGER J. ROBERTSON, JAMES A. :
STRITE, JR., DAVID A. GUTHRIE, :
         Plaintiffs, :
 :
           v. :
 :
KEN WYKLE, Administrator, Federal :
Highway Administration, ROBERT :
GATZ, Federal Highway :
Administration, :
         Defendants, :
 :
           and :
 :
BRADLEY L. MALLORY, Secretary for :
the Department of Transportation, :
Commonwealth of Pennsylvania, :
         Intervenor :

**DEFENDANTS' AND INTERVENOR'S JOINT MOTION FOR
AUTHORIZIATION UNDER LOCAL RULE 7.8 TO FILE A REPLY BRIEF
IN EXCESS OF FIFTEEN PAGES**

Defendants Ken Wykle and Robert Gatz and intervenor Bradley L. Mallory, by and through their undersigned counsel, hereby move this Court for authorization under local rule 7.8 to file a reply brief in excess of fifteen pages and, in support thereof, state as follows:

1. This is a citizens' challenge to the decision of the Federal Highway Administration to construct a new interchange in the Chambersburg area.

2. On or about June 7, 2002, defendants and intervenor filed a joint motion for summary judgment together with statement of material facts and its supporting brief.

3. Due to the number of complex issues involved and the size of the administrative record in the present case, the joint brief in support of the motion for summary judgment was fifty (50) pages.

4. Plaintiffs filed an Answer in Opposition to Joint Motion for Summary Judgment that was forty-two (42) pages in length.

5. Presently, there is pending before this Court a motion to strike Plaintiffs' Answer in Opposition to Joint Motion for Summary Judgment for violating this Court's orders and local rules 5.1 and 7.8.

6. At the present time, defendants and intervenor must file their brief in reply to plaintiffs' answer in opposition on or before August 19, 2002.

6. Again, due the complexity of the issues raised and the size of the administrative record for the present case, defendants and intervenor request an additional ten pages for their reply brief, making the total number of pages allowed to be twenty-five (25).

**WHEREFORE,** defendants and intervenor respectfully request that this Court grant this motion authorization under local rule 7.8 to file a reply brief in excess of fifteen pages.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

/s/ Anne K. Fiorenza by KMG
ANNE K. FIORENZA
Assistant United States Attorney
Federal Building – 2nd Floor
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108-1754

/s/ Kenda Jo Gardner
KENDA JO M. GARDNER
Assistant Counsel
JOHN M. HRUBOVCAK
Assistant Counsel-in Charge
ROBERT J. SHEA
Assistant Chief Counsel
ANDREW S. GORDON
Chief Counsel
Pennsylvania Department of Transportation
Office of Chief Counsel
P.O. Box 8212
Harrisburg, PA  17105

Date:  August 12, 2002

## CERTIFICATE OF NON-CONCURRENCE

I, Kenda Jo M. Gardner, hereby certify that on August 12 2002 I spoke with Thomas A. Linzey, Esquire, counsel for plaintiffs. Mr. Linzey does not concur in this motion.

_____
KENDA JO M. GARDNER
Assistant Counsel

Date: August 12, 2002

## CERTIFICATE OF SERVICE

    I, Kenda Jo M. Gardner, hereby certify that on this 12th day of August, 2002, I served a copy of the foregoing documents by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and placed said envelope and contents in the United States Mail at Harrisburg, Pennsylvania:

                      Thomas Alan Linzey, Esquire
          Community Environmental Legal Defense Fund
                         2859 Scotland Road
                      Chambersburg, PA  17201

*Kenda Jo Gardner*
KENDA JO M. GARDNER
Assistant Counsel
Office of Chief Counsel
Pennsylvania Department of
  Transportation
Commonwealth of Pennsylvania
P.O. Box 8212
Harrisburg, PA  17105-8212
(717) 787-5299
Fax: (717) 772-2741