

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit Corporation incorporated under the laws of the Commonwealth of Pennsylvania, CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania, PAUL B. AMBROSE, JOHN G. ENDERS, CHARLES F. RAHAUSER, BETSY RAHAUSER, DOUGLAS A. WARNOCK, U.X. VAGNERINI, THOMAS W. BUNDY, STEPHEN P. BUCHER, ROGER J. ROBERTSON, JAMES A. STRITE, JR., DAVID A. GUTHRIE,<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>KEN WYKLE, Administrator, Federal Highway Administration, ROBERT GATZ, Federal Highway Administration,<br>　　　　　　Defendants,<br><br>　　　　and<br><br>BRADLEY L. MALLORY, Secretary for The Department of Transportation, Commonwealth of Pennsylvania,<br>　　　　　　Intervenor | CIVIL ACTION NO.<br>　1:CV-01-0910<br><br>(Judge Rambo)<br><br>**FILED**<br>HARRISBURG<br><br>AUG 1 3 2002<br><br>MARY E. D'ANDREA, CLERK<br>Per_____<br>　　　DEPUTY CLERK |

<u>ORDER</u>

Upon consideration of defendants' and intervenor's motion for authorization under local rule 7.8 to file a reply brief in excess of fifteen pages, **IT IS HEREBY ORDERED** defendants and intervenor are permitted to file a reply brief that does not exceed twenty-five (25) pages.

SYLVIA H. RAMBO
United States District Court

Dated: Aug. 13, 2002