⑰
8-20-02
sc

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL :
ASSOCIATION, a non-profit Corporation :
incorporated under the laws of the :
Commonwealth of Pennsylvania, CITIZENS :
FOR PLANNED COMMUNITY GROWTH, :
an unincorporated association organized : CIVIL ACTION NO.
under the laws of the Commonwealth of : 1:CV-01-0910
Pennsylvania, PAUL B. AMBROSE, :
JOHN G. ENDERS, CHARLES F. : (Judge Conner)
RAHAUSER, BETSY RAHAUSER, :
DOUGLAS A. WARNOCK, :
U.X. VAGNERINI, THOMAS W. BUNDY, :
STEPHEN P. BUCHER, ROGER J. :
ROBERTSON, JAMES A. STRITE, JR., :
DAVID A. GUTHRIE, :
              Plaintiffs :
:
v. :
:
KEN WYKLE, Administrator, Federal :
Highway Administration, ROBERT GATZ, :
Federal Highway Administration, :
              Defendants :
:
v. : FILED
: HARRISBURG, PA
BRADLEY L. MALLORY, Secretary for :
The Department of Transportation, : AUG 20 2002
Commonwealth of Pennsylvania, :
              Intervenor : MARY E. D'ANDREA, CLERK
Per _____
                                        Deputy Clerk

**ORDER**

Upon consideration of Defendants' and Intervenor's Joint Motion to Strike

Plaintiffs' Answer in Opposition to Joint Motion for Summary Judgment, **IT IS**

**HEREBY ORDERED** that said motion is denied. Defendants and Intervenor shall

be permitted to incorporate other documents of record by reference and to exceed the page limits set forth in the local rules in response to Plaintiffs' motion for summary judgment. Plaintiffs' reply brief shall not exceed 25 pages.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

Dated: August 20, 2002