**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, et al. | : | CIVIL CASE NO. 1:CV-01-0910 |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| KEN WYKLE, Administrator, Federal Highway Administration, ROBERT GATZ, Federal Highway Administration, | : | |
| Defendants | : | |
| v. | : | |
| BRADLEY L. MALLORY, Secretary for The Department of Transportation, Commonwealth of Pennsylvania, | : | |
| Intervenor | : | |

**O R D E R**

AND NOW, this 24th day of March, 2003, in accordance with the accompanying Memorandum, it is hereby ORDERED that plaintiffs' motion for summary judgment (Doc. 81) is DENIED and defendants' motion for summary judgment (Doc. 71) is GRANTED. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiffs and to close this file.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge