AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania; CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania; PAUL B. AMBROSE; JOHN G. ENDERS; CHARLES F. RAHAUSER; BETSY RAHAUSER; DOUGLAS A. WARNOCK; U.X. VAGNERINI; THOMAS W. BUNDY; STEPHEN P. BUCHER; ROBERT J. ROBERTSON; JAMES A. STRITE, JR.; DAVID A. GUTHRIE,

Plaintiffs

FILED
HARRISBURG, PA

MAR 24 2003

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

v.

KEN WYKLE, Administrator, Federal Highway Administration; ROBERT GATZ, Federal Highway Administration,

Defendants

and

BRADLEY L. MALLORY,

Intervenor Defendant

CASE NUMBER: 1:01-CV-0910

(Judge Conner)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT SUMMARY JUDGMENT be and is hereby entered** in favor of the Defendants Ken Wykle, Administrator, Federal Highway Administration, and Robert Gatz, Federal Highway Administration and Bradley L. Mallory (Intervenor Defendant) and against Plaintiffs Greene/Guilford Environmental Association, a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania and Citizens for Planned Community Growth, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania, and Paul B. Ambrose, John G. Enders, Charles F. Rahauser, Betsy Rahauser, Douglas A. Warnock, U.X. Vagnerini, Thomas W. Bundy, Stephen P. Bucher, Robert J. Robertson, James A. Strite, Jr., and David A. Guthrie.

Date: March 25, 2003

Mary E. D'Andrea, Clerk of Court

*[signature]*
(By) Kimberly A. McKinney, Deputy Clerk