*Fee Pd*
*IFP paid*

# ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREENE/GUILFORD ENVIRONMENTAL
ASSOCIATION, a non-profit corporation
incorporated under the laws of the
Commonwealth of Pennsylvania, CITIZENS
FOR PLANNED COMMUNITY GROWTH,
an unincorporated association organized under
the laws of the Commonwealth of Pennsylvania,
PAUL B. AMBROSE, JOHN G. ENDERS,
CHARLES F. RAHAUSER, BETSY
RAHAUSER, DOUGLAS A. WARNOCK,
U.X. VAGNERINI, THOMAS W. BUNDY,
STEPHEN P. BUCHER, ROGER J.
ROBERTSON, JAMES A. STRITE, JR.,
and DAVID A. GUTHRIE,
                    Plaintiffs,

            v.

KEN WYKLE, Administrator, Federal
Highway Administration, ROBERT GATZ,
Federal Highway Administration,
                    Defendants,

            and

BRADLEY L. MALLORY, Secretary for
The Department of Transportation,
Commonwealth of Pennsylvania,
                    Intervenor.

: CIVIL NO. 1:CV-01-0910
: (Judge Conner)

: **NOTICE OF APPEAL**

**FILED**
HARRISBURG, PA

MAY 2 0 2003

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment granting Summary Judgment in favor of the Defendants, entered in this action on the 24th day of March, 2003.

Thomas Alan Linzey, Esq.
Community Environmental Legal Defense Fund, Inc.
2859 Scotland Road
Chambersburg, Pennsylvania 17201
(717) 709-0457
(717) 709-0263 (fax)

*Attorney for All Plaintiffs*

Tue May 20 12:20:35 2003

UNITED STATES DISTRICT COURT

SCRANTON          , PA

Receipt No.    111 138749
Cashier          pamela

Tender Type  CHECK

Check Number: 2169

Transaction Type   N

DA Code     Div No      Acct
4667          1        086900

Amount          $    105.00

COMMUNITY ENVIRONMENTAL LEGAL DEFENS
E 2859 SCOTLAND RD CHAMBERSBURG, PA

MAA IM 01-CV-910

um

Tue May 20 12:20:35 2003

Check No: 2169
Amount    105.00
Pay any Federal Reserve Bank or
General Depositary for credit to
United States Treasury Symbol No.