# TRANSCRIPT PURCHASE ORDER

| District Court | Court of Appeals Docket No. |
|---|---|
| MIDDLE DISTRICT - PA | District Court Docket No. 1: CV-01-0910 |

Short Case Title GREENE / GUILFORD v. WYKE   J. Conner

Date Notice of Appeal Filed by Clerk of District Court   5/20/03

**FILED**
**HARRISBURG PA**

**PART I.**   (To be completed by party responsible for ordering transcript)   NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

MAY 2 8 2003

MARY E. D'ANDREA, CI
Per ___

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:
☐ None  (circled)       ☐ Unnecessary for appeal purposes.
☐ Already on file in the D.C. Clerk's office.
☐ This is to order a transcript of the proceedings heard on the date listed below from _____
(Name of Court Reporter)
(Specify on lines below exact date of proceedings to be transcribed).   If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will *NOT* be included in trial transcripts.

Voir dire  ☐ ;   Opening statement of plaintiff ☐   defendant ☐
Closing argument of plaintiff ☐       defendant ☐
Jury instructions ☐       Sentencing Hearings ☐

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.   The method of payment will be:

☐ Criminal Justice Act (Attach copy of CJA form 24)
☐ Motion for transcript has been submitted to DC Judge
☐ Private Funds

Signature _____   Date 5/22/03

Print Name THOMAS ALAN LINZEY, ESQ.   Counsel for PLAINTIFFS

Address 2859 SCOLAND RD, CHAMBERSBURG, PA 17201   Telephone 717-709-0457

**PART II.   COURT REPORTER ACKNOWLEDGMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |
|  |  |  |

☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

_____   _____   _____
Date   Signature of Court Reporter   Telephone

**PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages       _____ Actual Number of Volumes

_____   _____
Date   Signature of Court Reporter

3CA (12/93)

## <u>Certificate of Service of Process</u>

I, Thomas Alan Linzey, Esq., hereby swear and affirm that I have served the Appellants' *Transcript Purchase Order Form* on the Parties identified below by the following method:

FIRST CLASS MAIL PRE-PAID

The following individuals were served with the above mentioned document:

Anne Fiorenza, Esq.
Assistant U.S. Attorney
United States Attorneys Office
Federal Building, Suite 217
228 Walnut Street
P.O. Box 11754
Harrisburg, Pennsylvania 17108-1754

Kenda Jo Gardner, Esq.
Assistant Counsel
Pennsylvania Department of Transportation
P.O. Box 8212
Harrisburg, Pennsylvania 17105-8212

I swear and affirm that service of the documents was completed this **22nd** Day of **May**, 2003.

Signed,

Thomas Alan Linzey, Esq.
Community Environmental Legal Defense Fund (CELDF)
2859 Scotland Road
Chambersburg, Pennsylvania 17201

*Counsel for the Appellants*