NOT PRECEDENTIAL

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

No. 03-2525

GREENE/GUILFORD ENVIRONMENTAL ASSOCIATION, a non-profit corporation incorporated under the laws of the Commonwealth of Pennsylvania; CITIZENS FOR PLANNED COMMUNITY GROWTH, an unincorporated association organized under the laws of the Commonwealth of Pennsylvania; PAUL B. AMBROSE; JOHN G. ENDERS; CHARLES F. RAHAUSER; BETSY RAHAUSER; DOUGLAS A. WARNOCK; U.X. VAGNERINI; THOMAS W. BUNDY; STEPHEN P. BUCHER; ROBERT J. ROBERTSON; JAMES A. STRITE, JR. and DAVID A. GUTHRIE,

Appellants

v.

KEN WYKLE, Administrator, Federal Highway Administration; ROBERT GATZ, Federal Highway Administration

BRADLEY L. MALLORY, Secretary for the Department of Transportation, Commonwealth of Pennsylvania,

Intervenor in District Court

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(D.C. Civil No. 1:CV-01-0910)
District Judge: Honorable Christopher C. Conner

Submitted Under Third Circuit LAR 34.1(a)
March 12, 2004

BEFORE: SLOVITER, NYGAARD, Circuit Judges.
and SHADUR,* District Judge.

---

## JUDGMENT

---

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on March 12, 2004.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment dated March 24, 2004 be, and the same is, hereby AFFIRMED and that the appellants' motion for injunctive relief pending disposition of this appeal be, and the same is, hereby DENIED as moot. Costs taxed against appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*
Clerk

Dated: April 5, 2004

---

\*     Honorable Milton I. Shadur, Senior District Judge for the United States District Court for the Northern District of Illinois, sitting by designation.

2

Page 3

Greene/Guilford Env. vs. Wykle
03-2525

**Certified as a true copy and issued in lieu
of a formal mandate on 05/27/04**

**Testee:** *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit.**