**OFFICE OF THE CLERK**

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| **Marcia M. Waldron**<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4952 |

www.ca3.uscourts.gov

May 27, 2004

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA   17108


**RE: Docket No. 03-2525**
    **Greene Guilford Env  vs. Wykle**
    **D.C. No. 01-cv-00910**


Dear Mrs. D'Andrea:


     Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

     Kindly acknowledge receipt for same on the enclosed copy of this letter.

     Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.


                                   Very truly yours,
                                   MARCIA M. WALDRON
                                   Clerk

                              By:  Carmen M. Hernandez
                                   Case Manager


Enclosure

cc:
    Thomas A. Linzey, Esq.
    Andrew C. Mergen, Esq.
    John A. Bryson, Esq.
    Andrew S. Gordon, Esq.
    Beverly J. Points, Esq.
    Kenda Jo M. Gardner, Esq.
    Robert J. Shea, Esq.