UNITED STATES COURT OF APPEALS